# Exhibit B

# U.S. Patent #8,402,555: Starbucks

**Related Junior Art:** Finovate Pilot September 2009 Web Article -- mFoundry U.S. 9,852,417 --2012 Priority Date-- (See attached supplemental section)

| Claim 16 (35 U.S.C. § 282) | Analysis | Select Evidence |
|---|---|---|
| The computer program product of claim 15, wherein the membership verification token comprises at least one token selected from a group consisting of a **purchase permission**, a rental permission, or membership permission coupled to a royalty scheme; wherein the permission is represented by one or more of a letter, number, combination of letters and numbers, phrase, authorization, list, interface button or an **instrument of trade** for access rights of the encrypted digital media. | The Starbucks computer product is capable of customizing a user access panel with a QR image, and associating a Debit and Credit Card account identifier with a Starbucks app QR (Payload) identifier. | <br><br>The Starbucks® app. So rewarding<br><br>Get the best of Starbucks® Rewards right at your fingertips. Use our mobile app to order ahead and pay at participating locations or to track the Stars and Rewards you've earned—whether you've paid with cash, credit card or Starbucks Card. Find stores, redeem offers and so much more.<br><br>Starbucks® app for iPhone®<br>Starbucks® app for Android™<br><br>Source: <u>https://www.starbucks.com/rewards/mobile-apps</u> |
| A computer program product for use with a computer, the computer program product comprising a non-transitory computer usable medium having a computer readable program code stored therein for monitoring access to an encrypted digital media, the method facilitating interoperability between a plurality of data processing devices, the computer program product performing the steps of: | The Starbucks computer product is sold as Apple iOS and Google Android device configurators.<br><br>Starbucks digital content is a mobile barcode Debit/Credit Card payment application. | |

| | | |
|---|---|---|
| receiving an encrypted digital media access branding request from at least one communications console of the plurality of data processing devices, the branding request being a read or write request of metadata of the encrypted digital media, the request comprising a membership verification token provided by a first user, corresponding to the encrypted digital media; | The Starbucks computer product is capable of receiving an access request by receiving a verification token through the Starbucks communications console (Mobile App).<br><br>The verification token is a purchase permission represented by a card number. |  |

**Add payment**

Credit/debit card

Card number

mm/yy          Security code

More payment options

Add a gift card
Earns 2 ★ per $1

PayPal

Save card

Source Example: Starbucks App for iOS (iPhone)

US Pat. #8,402,555 Claim 24: Starbucks

| authenticating the membership verification token, the authentication being performed in connection with a token database; | The Starbucks computer program product is capable of authenticating the verification token (e.g., card number) with a database of accepted card network member types. |  |
|---|---|---|

| | |
|---|---|
| establishing a connection with the at least one communications console wherein the communications console is a combination of a graphic user interface (GUI) and an Applications Programmable Interface (API) protocol wherein the API is related to a verified web service, the verified web service capable of facilitating a two way data exchange to complete a verification process; | The Starbucks app (e.g., communications console) is capable of establishing an API communication related to a QR Code payload provisioning webservice API.<br><br>The Starbucks communications console (e.g., Mobile App) is a combination of a GUI and an API protocol related to a QR Code payload provisioning webservice.<br><br>The Starbucks QR payload string is the QR identification reference (see page 5).<br><br>API communication prompt  |

requesting at least one electronic identification reference from the at least one communications console wherein the electronic identification reference comprises a verified web service account identifier of the first user;

receiving the at least one electronic identification reference from the at least one communications console;

The Starbucks computer product is capable of requesting and receiving a QR Code "payload" e.g., an Identification reference from the Starbucks QR payload provisioning API webservice.



Starbucks QR Payload requested and received:

QR format string: *$I002I6195550450082725IA60jzuMY8E6XQV09bX1J8QI12728674

VERIFICATION TOKEN

Customized User Access Panel Image (QR Code)

IDENTIFICATION REFERENCE:
"$I0026I9555045008Z725IA60jzu
MY8E6XQVb9bX1J8QI12728674

| and branding metadata of the encrypted digital media by writing the membership verification token and the electronic identification reference into the metadata. | The Starbucks computer product is capable of writing the received QR Code payload and the verification token (authenticated Debit/Credit card token) to the Starbucks computer product app metadata storage. |
| --- | --- |
| | Claim 16 Section Reprise: |
| | "a **purchase permission**, a rental permission, or membership permission coupled to a royalty scheme; wherein the permission is represented by one or more of a letter, number, combination of letters and numbers, phrase, authorization, list, interface button or an **instrument of trade**" |

US Pat. #8,402,555 Claim 24: Starbucks

# EXHIBIT B.1
# (Supplemental Section)

# EYE ON MOBILE: STARBUCKS PILOT GOES NATIONAL, ACCULYNK GOES MOBILE, AND MITEK LOGS CLIENTS

Digital Transactions News staff    January 19, 2011
Debit Cards, Mobile Commerce, News, Remote Deposit Capture

In the largest U.S. chainwide expansion yet seen in mobile payments, Starbucks Coffee Co. announced on Wednesday it is extending its proprietary, prepaid mobile payments pilot to all of its U.S. company-owned stores. The move brings the chain's Starbucks Card Mobile App to almost 6,800 stores and increases the number of Starbucks locations accepting mobile payments from more than 1,300 to more than 8,100, including more than 1,000 participating locations inside Target Corp. stores. The chain has a total of 11,131 U.S. stores. counting franchised locations.

Available free of charge for Apple iPhone and BlackBerry model smart phones, the Starbucks app lets customers with prepaid Starbucks Card accounts pay for their lattes and other items using 2-D bar codes the app displays on their phones' screens. Customers pay by holding their phones next to a countertop bar-code scanner. The developer of the app, which also lets customers find nearby stores, check their accounts, and reload them with a credit card or from a PayPal account, is Larkspur, Calif.-based mFoundry Inc.



The Seattle-based coffee chain started the pilot in September 2009 in a handful of West Coast stores, expanded it to the Target locations last April, and then expanded it again, this time to some 300 standalone stores in and around New York City, in October. By going national, the chain says in its announcement that it is now running "the largest mobile-payment program in the U.S."

While it does not release specific numbers for its prepaid card, Starbucks said on Wednesday the card is held by "several million" customers. These customers loaded more than $1.5 billion on their cards last year, up 21% from 2009, and some 20% of Starbucks transactions are now conducted with the card, the chain says. Meanwhile, it says more than one-third of its customers have smart phones. "Mobile payment will extend the way our customers experience and use their Starbucks card," said Brady Brewer, a Starbucks vice president, in a statement.

6/14/2021    Eye on Mobile: Starbucks Pilot Goes National, Acculynk Goes Mobile, and Mitek Logs Clients – Digital Transactions

Case 6:21-cv-00679-ADA   Document 1-8   Filed 06/28/21   Page 10 of 62

Also on Wednesday, Atlanta-based Acculynk Inc. said it will introduce in March a mobile version of its service that lets consumer make online payments with PIN-secured debit cards. The new service, initially available for Apple Inc.'s iPhone, will feature a version of the company's virtual, scrambling PIN pad, which will display on smart phone screens to allow consumers to enter debit card PINs. Availability for phones using Google Inc.'s Android, BlackBerry, and Windows 7 operating systems will follow soon after the introduction.

Ashish Bahl, Acculynk's chief executive, says the company began work on the mobile version of its PaySecure service in August and soon began talks with unnamed money-transfer networks that expressed an interest in a mobile PIN-debit capability. Bahl says the company has arrangements with several of these companies, though he is not yet ready to announce them. "The reason for doing the money-transfer option first is that it's such a large and burgeoning market," he notes.

Retail payments could follow, he says. In particular, the Durbin Amendment, by drastically cutting interchange costs on debit cards, has made the cost of processing small-value transactions more attractive, he says. "Durbin just expands our market dramatically," he says.

Launched in 2009 as a means by which consumers could pay online merchants with PIN-secured debit cards, the PaySecure service has been adopted by nine electronic funds transfer networks. The company says it has been enabled on more than 1,000 merchant Web sites.

These announcements followed a statement on Tuesday by San Diego-based Mitek Systems Inc. that it has signed "at least" 10 financial institutions, including three of the country's 10 largest retail banks and one of the 30 largest U.S. credit unions, for its mobile remote deposit capture application. The product lets consumers deposit checks by snapping a photo of them with a mobile phone and transmitting the image to the bank. Other than PayPal Inc., which adopted the product last fall, the company did not name any of the clients.

Mitek's product, which works on the iPhone, BlackBerry models, and Android-powered smart phones, is marketed to financial institutions through processors and technology integrators, including Fiserv Inc., FIS, NCR Corp., Jack Henry and Associates, BankServ, Wausau Financial Systems, J&B Software, RDM, Bluepoint Solutions, and Cachet Financial.

US009852417B2

(12) **United States Patent**
Tyler et al.

(10) Patent No.: **US 9,852,417 B2**
(45) Date of Patent: **Dec. 26, 2017**

(54) **QR CODE-ENABLED P2P PAYMENT SYSTEMS AND METHODS**

(71) Applicant: **mFoundry, Inc.**, Larkspur, CA (US)

(72) Inventors: **Don W. Tyler**, Mill Valley, CA (US);
**Jeff Isenhart**, Santa Rosa, CA (US);
**Anne Mueller**, San Rafael, CA (US);
**Christoph Sadil**, Larkspur, CA (US)

(73) Assignee: **mFoundry, Inc.**, Larkspur, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 103 days.

(21) Appl. No.: **14/071,900**

(22) Filed: **Nov. 5, 2013**

(65) **Prior Publication Data**

US 2014/0129428 A1      May 8, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/722,656, filed on Nov. 5, 2012.

(51) **Int. Cl.**
| | |
|---|---|
| *G06Q 20/32* | (2012.01) |
| *G06Q 20/36* | (2012.01) |
| *G06K 19/06* | (2006.01) |
| *G06Q 20/10* | (2012.01) |

(52) **U.S. Cl.**
CPC ......... *G06Q 20/3226* (2013.01); *G06Q 20/10* (2013.01); *G06Q 20/32* (2013.01); *G06Q 20/3274* (2013.01); *G06Q 20/3276* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2006/0036863 | A1* | 2/2006 | Miller | G06F 21/34 713/172 |
| 2012/0209749 | A1* | 8/2012 | Hammad et al. | 705/27.1 |
| 2013/0151400 | A1* | 6/2013 | Makhotin | G06Q 20/3227 705/39 |
| 2013/0346302 | A1* | 12/2013 | Purves et al. | 705/40 |
| 2014/0115708 | A1* | 4/2014 | Terwilliger et al. | 726/26 |
| 2014/0289107 | A1* | 9/2014 | Moshal | 705/40 |

* cited by examiner

*Primary Examiner* — Robert R Niquette
*Assistant Examiner* — Joseph W King
(74) *Attorney, Agent, or Firm* — Finnegan, Henderson, Farabow, Garrett & Dunner LLP

(57) **ABSTRACT**

Systems and methods are provided for facilitating peer-to-peer payment transactions using mobile devices. According to certain embodiments, a financial account for providing funds for a payment transaction is determined. User input including a payment amount for the payment transaction is received and a QR code that represents the payment amount is generated. The QR code is displayed on the display of a mobile device for purposes of scanning and processing by a second mobile device.

**10 Claims, 16 Drawing Sheets**





FIG. 1



**FIG. 2**

204



FIG. 3



**FIG. 4**



FIG. 5



**FIG. 6**



**FIG. 7**



FIG. 8



FIG. 9



**FIG. 10B**

**FIG. 10A**



FIG. 11

**U.S. Patent**      Dec. 26, 2017      Sheet 12 of 16      US 9,852,417 B2



FIG. 12



FIG. 13

1315



FIG. 14



FIG. 15



FIG. 16

US 9,852,417 B2

1

## QR CODE-ENABLED P2P PAYMENT SYSTEMS AND METHODS

### CROSS REFERENCE TO RELATED APPLICATION(S)

This application claims the benefit of priority of U.S. Provisional Application No. 61/722,656, filed Nov. 5, 2012, the disclosure of which is expressly incorporated herein by reference in its entirety.

### BACKGROUND

I. Technical Field

The present disclosure generally relates to peer-to-peer ("P2P") payment systems and methods. In particular, the present disclosure relates to systems and methods for carrying out quick response ("OR") code-enabled P2P payment transactions.

II. Background Information

In-person money transfers typically require the use of cash or checks. However, if two parties desire to conduct a transaction, it can be difficult to complete the transaction if the parties do not have cash on hand. The use of checks eliminates the necessity of having cash on hand, but checks are often time-consuming, inconvenient, and lack security measures. Other alternative options, such as money transfers using existing electronic banking systems (e.g., via electronic wire transfer) are often more useful for transfers of large sums of money. For transfers of smaller sums of money, existing electronic banking systems are often costly and inconvenient. Therefore, there is a need for improved systems and methods that overcome the problems of cost and inconvenience associated with typical payment options.

### SUMMARY

Consistent with a disclosed embodiment, a computer-implemented method is provided for completing a peer-to-peer payment transaction. The method includes determining, by a processor, a financial account for providing funds for the payment transaction. Further, the method comprises receiving, by the processor, a user input comprising a payment amount for the payment transaction. The method also includes generating, by the processor, a QR code comprising a representation of the payment amount, and displaying, by the processor, the OR code on a display of the mobile device.

Consistent with a disclosed embodiment, an apparatus comprising a mobile device is provided for completing a peer-to-peer payment transaction, wherein the mobile device comprises a display, a memory storing instructions, and a processor configured to execute the instructions. The processor is configured to execute the instructions to determine a financial account for providing funds for a payment transaction. Also, the processor is configured to execute the instructions to receive a user input comprising a payment amount for the payment transaction. The processor is further configured to execute the instructions to generate a OR code comprising a representation of the payment amount, and to display the QR code on the display.

Consistent with a disclosed embodiment, a computer-implemented method is provided for completing a peer-to-peer payment transaction using a mobile device comprising at least one processor and a camera. The method comprises configuring, by the processor, the camera to scan one or more QR codes. Further, the method includes scanning, by the camera, a OR code, wherein the OR code comprises data representing a payment transaction. The method additionally comprises determining, by the processor, that the scanning of the QR code is completed. The method further includes displaying, on a display associated with the mobile device, a notification that the scanning of the QR code is completed. Also, the method comprises transmitting, by the processor, the data representing the payment transaction to a server, wherein the data is obtained from the scanned QR code.

Consistent with a disclosed embodiment, an apparatus comprising a mobile device is provided for completing a peer-to-peer payment transaction, wherein the mobile device comprises a display, a camera, a memory storing instructions, and a processor configured to execute the instructions. The processor is configured to execute the instructions to configure the camera to scan one or more OR codes. Further, the processor is configured to execute the instructions to scan, by the camera, a OR code, wherein the OR code comprises data representing a payment transaction. The processor is additionally configured to execute the instructions to determine that the scanning of the QR code is completed. Also, the processor is configured to execute the instructions to display a notification that the scanning of the QR code is completed on the display. The processor is further configured to transmit the data representing the payment transaction to a server, wherein the data is obtained from the scanned QR code.

Consistent with a disclosed embodiment, a system is provided for processing a peer-to-peer payment transaction using mobile devices, wherein the system comprises a memory storing instructions and a processor configured to execute the instructions. The processor is configured to execute the instructions to receive a transmission from a mobile device comprising data representing a payment transaction, wherein the data is obtained from a scanned QR code. Additionally, the processor is configured to execute the instructions to analyze information contained within the data representing the payment transaction, wherein the information comprises at least an amount of the payment transaction, the identity of a financial institution associated with a financial account that is the source of the funds for the transaction, and the identity of a financial institution associated with a financial account that is the destination of the funds for the transaction. The processor is further configured to execute the instructions to determine that the financial institution associated with a financial account that is the source of the funds for the transaction authorizes the transaction. Also, the processor is configured to execute the instructions to request the funds for the transaction from the financial institution associated with a financial account that is the source of the funds for the transaction. The processor also is configured to execute the instructions to transmit the funds for the transaction to the financial institution associated with a financial account that is the destination of the funds for the transaction.

Consistent with other disclosed embodiments, tangible, non-transitory computer-readable storage media may store program instructions, which are executed by a processor and perform any of the methods described herein.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory only and are not restrictive of the claims.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated in and constitute a part of this disclosure, illustrate various disclosed embodiments. In the drawings:

US 9,852,417 B2

3

FIG. **1** is a diagram of an example of a system for providing a peer-to-peer payment transaction using mobile devices;

FIG. **2** is an example of components of the mobile devices shown in FIG. **1**;

FIG. **3** is an example of program modules stored in the memory of the mobile devices shown in FIG. **1**;

FIG. **4** is an example of the payment management system shown in FIG. **1**;

FIG. **5** is an example of data included within a QR code for use in a peer-to-peer payment transaction;

FIG. **6** is an example user interface for a mobile application associated with a financial service account provider;

FIG. **7** is an example user interface for a mobile application associated with a financial service account provider;

FIG. **8** is an example user interface for a mobile application associated with a financial service account provider;

FIG. **9** is an example user interface for a mobile application associated with a financial service account provider;

FIG. **10**A illustrates an example of a user interface for a mobile application configured for a mobile device associated with a sender of funds in a P2P transaction. FIG. **10**B illustrates an example of a user interface for a mobile application configured for a mobile device associated with a recipient of funds in a P2P transaction;

FIG. **11** is an example of a process for performing a financial transaction using a QR code;

FIG. **12** is an example of a QR code configuration process;

FIG. **13** is an example of a QR code options process;

FIG. **14** is an example of a transaction token configuration process;

FIG. **15** is an example of a QR code scanning process; and

FIG. **16** is an example of a process for processing a financial transaction using a QR code.

DETAILED DESCRIPTION

The following detailed description refers to the accompanying drawings. Wherever possible, the same reference numbers are used in the drawings and the following description to refer to the same or similar parts. While several illustrative embodiments are described herein, modifications, adaptations and other implementations are possible. For example, substitutions, additions or modifications may be made to the components illustrated in the drawings, and the illustrative methods described herein may be modified by substituting, reordering, removing, or adding steps to the disclosed methods. Accordingly, the following detailed description is not limiting of the disclosed embodiments. Instead, the proper scope is defined by the appended claims.

Disclosed embodiments provide systems and methods for peer-to-peer payment transactions. Specifically, the disclosed systems and methods enable a QR code-enabled P2P payment transaction between a sender and a recipient. The parties may conduct the transaction via a communication between a first mobile device (i.e., a device of the sender) and a second mobile device (i.e., a device of the recipient). For example, the first mobile device may display a QR code representing the payment transaction and the communication may include the second mobile device reading the QR code displayed on the first mobile device. Accordingly, the reading of the QR code may result in the transfer of the payment from a financial services account of the sender to a financial services account of the recipient.

FIG. **1** is an example illustration of a system **100** for providing peer-to-peer payment transactions using mobile

4

devices, consistent with a disclosed embodiment. As shown in system **100**, a sender mobile device **110**, a recipient mobile device **112**, a sender financial account server **130**, a recipient financial account server **140**, and a payment management server **150** are configured to communicate over a network **120**.

One of skill in the art will appreciate that although two mobile devices, two financial instruction banking systems, and one payment and account management system are depicted in FIG. **1**, any number of these components may be provided. Furthermore, one of ordinary skill in the art will recognize that one or more components of system **100** may be combined and/or divided into subcomponents. For example, functionality provided by payment management server **150** and sender financial account server **130** and/or recipient financial account server **140** may be combined. In some embodiments, sender financial account server **130** and recipient financial account server **140** may be provided by and/or host financial accounts of the same entity. For example, the financial account providing the sender's transferred funds and the recipient's financial account receiving the funds may be provided by the same financial services account provider, and may therefore use the same system architecture. In some embodiments, payment management server **150** may also be the same entity as financial account server **130** and recipient financial account server **140**.

Network **120** provides communications between the various components in system **100**, such as sender mobile device **110**, recipient mobile device **112**, sender financial account server **130**, recipient financial account server **140**, and payment management server **150**. In addition, the components in system **100** may access legacy systems (not shown) via network **120**, or may directly access legacy systems, data stores, or other network applications. Network **120** may be a shared, public, or private network, may encompass a wide area or local area, and may be implemented through any suitable combination of wired and/or wireless communication networks. Network **120** may further comprise an intranet or the Internet.

Sender mobile device **110** and recipient mobile device **112** may each be any type of mobile device for communicating with one another and/or other components of system **100** over network **120**. For example, a user of sender mobile device **110** may transmit data to and/or receive data from recipient mobile device **112** and/or payment management server **150**. Similarly, a user of recipient mobile device **112** may transmit data to and/or receive data from sender mobile device **110** and/or payment management server **150**. Sender mobile device **110** and recipient mobile device **112** may be smartphones, tablets, smart watches, or any other appropriate mobile computing platform or device capable of exchanging data with network **120**.

Sender financial account server **130** may store data representing a financial account associated with a user of sender mobile device **110**. Similarly, recipient financial account server **140** may store data representing a financial account associated with a user of recipient mobile device **112**. Sender financial institution server **130** and recipient financial institution server **140** may be provided by financial institutions, such as banking, credit, and/or debit processing institutions. Financial accounts stored maintained by sender financial account server **130** and recipient financial account server **140** may include checking, savings, credit, PayPal®, or other financial accounts.

Although separate sender and recipient financial account servers are shown in FIG. **1**, as described above, one of ordinary skill in the art will appreciate that one financial

US 9,852,417 B2

5                                                                      6

account server (e.g., financial account server **140**) may store financial accounts for both a sender and a recipient who conduct a payment transaction using sender mobile device **110** and recipient mobile device **112**, respectively.

Payment management server **150** may provide funds transfers from a financial account associated with a user of sender mobile device **110** to a financial account associated with a user of recipient mobile device **112**. For example, in response to a request from sender mobile device **110**, payment management server **150** may transmit data comprising a QR code to sender mobile device **110**. The data comprising the QR code may represent a payment or a funds transfer. Sender mobile device **110** may display the QR code and recipient mobile device **112** may scan or otherwise read the QR code. Recipient mobile device **112** may read the QR code that is displayed by sender mobile device **110**. Further, payment management server **150** may receive data from recipient mobile device **112** indicating that recipient mobile device **112** read the QR code. Accordingly, payment management server **150** may initiate a transfer of funds from a financial account associated with a user of sender mobile device **110** to a financial account associated with a user of recipient mobile device **112**. Alternatively, in other embodiments, payment management server **150** may provide and/or maintain financial accounts of the sender and/or recipient. Further details describing the operating of payment management server **150** are discussed below.

FIG. **2** is a diagram of the components of sender mobile device **110** and recipient mobile device **112**, consistent with a disclosed embodiment. As shown in FIG. **2**, sender mobile device **110** and recipient mobile device **112** may each comprise a camera **200**, a processor **202**, a memory **204**, and a display **206**.

Camera **200** may include any known camera hardware and/or software that can be implemented with a mobile device. Camera **200** may include an image sensor (not shown) for converting an optical image into an electrical signal. In some embodiments, more than one camera may be included in a mobile device (e.g., front and rear facing cameras on a smartphone). Elements and operations of camera **200** may be software-based and/or hardware-based.

Processor **202** may be one or more known processing devices, such as a microprocessor from the Pentium™ family manufactured by Intel™ or the Turion™ family manufactured by AMD™, or any of various processors manufactured by Sun Microsystems™. Processor **202** may include a single core or multiple core processor system that provides the ability to perform parallel processes simultaneously. For example, processor **202** may be a single core processor that is configured with virtual processing technologies known to those skilled in the art. In certain embodiments, processor **202** may use logical processors to simultaneously execute and control multiple processes. Processor **202** may implement virtual machine technologies, or other similar known technologies to provide the ability to execute, control, run, manipulate, store, etc., multiple software processes, applications, programs, etc. In another embodiment, processor **202** may include a multiple-core processor arrangement (e.g., dual or quad core) that is configured to provide parallel processing functionalities to allow mobile devices **110** and **112** to execute multiple processes simultaneously. One of ordinary skill in the art would understand that other types of processor arrangements could be implemented to provide the capabilities disclosed herein.

Memory **204** may be one or more memory devices that store data including, but not limited to, random access memory (RAM), read-only memory (ROM), a magnetic storage device (e.g., a hard disk), an optical storage medium (e.g., a CD- or DVD-ROM), a high-definition optical storage medium, an electronic storage device (e.g., EPROM or a flash drive), and/or another other data storage devices known in the art. Memory **204** may comprise a tangible and non-transitory computer-readable medium having stored therein computer programs, sets of instructions, code, or data to be executed by processor **202**.

Memory **204** may also store an operating system, and may include browser applications capable of rendering standard Internet content, such as Microsoft Internet Explorer™, Google Chrome™, Apple Safari™, and/or Mozilla Firefox™. Memory **204** may also include one or more applications, such as word processing programs, spreadsheet programs, graphics programs, and/or other programs capable of generating documents or other electronic content. Application programs may be implemented using applets, plug-ins, modules, widgets, and/or any other software components. Additional details regarding applications stored in memory **204** are discussed below in connection with FIG. **3**.

Display **206** may be any known display screen appropriate for a mobile device. For example, display **206** may comprise a high-definition (HD) liquid-crystal display (LCD). Furthermore, display **206** may comprise a touch sensitive display. For example, display **206** may include a capacitive touchscreen responsive to touch gestures, such as taps, swipes, and the like.

Although FIG. **2** depicts the same components shared between sender mobile device **110** and recipient mobile device **112**, one of ordinary skill in the art will appreciate that these devices may include components from different manufacturers and/or have different performance specifications. For example, sender mobile device **110** and recipient mobile device **112** may include cameras having different image resolutions, processors having different processing speeds, and/or displays having different display resolutions.

FIG. **3** is a diagram of software program modules that may be stored in memory **202**, consistent with a disclosed embodiment. As shown in FIG. **3**, memory **202** may store a payment application **300**, a QR generator module **302**, and a QR scanner module **304**. One of skill in the art will appreciate that payment application **300** may cause QR generator module **302** and/or QR scanner module **304** to execute. In other embodiments, functionality associated with QR generator module **302** and/or QR scanner module **304** may be incorporated as part of payment application **300**. Furthermore, functionality provided by QR generator module **302** and/or QR scanner module **304** may be combined into one module or incorporated within a single mobile application independent of payment application **300**. In alternative embodiments, one or both of QR generator module **302** and QR scanner module **304** may be incorporated within a mobile application or software program module associated with camera **200**.

Payment application **300** may provide functionality for a peer-to-peer ("P2P") payment transaction. In one embodiment, payment application **300** may be a stand-alone appli-

US 9,852,417 B2

7

cation. Users of sender mobile device **110** and recipient mobile device **112** may download payment application **300** from one or more software distribution platforms (e.g., the Apple iTunes App Store™, the Google Android Play Marketplace™ store, etc.). In another embodiment, payment application **300** may be integrated into another application, such as a financial application providing access to financial services and accounts (e.g., checking, savings, and credit accounts), or a personal finance application, such as Mint®, Quicken®, etc.

Payment application **300** may communicate over network **120** to receive data from and/or transmit data to one or more of sender financial account server **130**, recipient financial account server **140**, and payment management server **150**. Communication between payment application **300** and other components of system **100** over network **120** may use a secure communication environment, such as an HTTPS (hypertext transfer protocol secure) environment to transfer data over network **120**. Accordingly, data transfer is assumed to be secure.

OR generator module **302** may provide functionality for generating a OR code. For example, OR generator module **302** may be configured to enable the creation of a value-added QR code used for a payment transaction. A value-added QR code is a QR code in which a given monetary amount (e.g., dollar amount) has been assigned by, for example, a sender using payment application **300** on sender mobile device **110**. A value-added QR code may be referred to as "electronic currency," which may be passed from sender mobile device **110** to recipient mobile device **112**. The value-added OR code may also be stored on recipient mobile device **112** for reference and/or redemption at a later time.

To facilitate the exchange of the value-added QR code from sender mobile device **110** to recipient mobile device **112**, QR generator module **302** may include instructions for displaying an image of a QR code on display **206** of sender mobile device **110** such that that a recipient using recipient mobile device **112** can scan the QR code. The recipient may scan the QR code by manipulating camera **200** of recipient mobile device **112**, using hardware and/or software elements, such that the QR code displayed on sender mobile device **110** is within the field-of-view of camera **200** of recipient mobile device **112**.

QR scanner module **304** may provide functionality for a QR code to be scanned by sender mobile device **110** and recipient mobile device **112**. For example, QR scanner module **304** may include instructions executable by processor **202** for receiving electrical signals representing image data (e.g., image data representing a QR code) from camera **200**. In one embodiment, QR scanner module **304** of recipient mobile device **112** may read the value-added QR code from sender mobile device **110** and store data representing the QR code in memory **204** of recipient mobile device **112**.

FIG. **4** is a diagram of payment management server **150**, consistent with a disclosed embodiment. As shown in FIG. **4**, payment management server **150** may comprise a processor **400**, interfaces **402**, a memory **404**, and a database **406**. Payment management server **150** may be implemented in a distributed network. For example, payment management server **150** may communicate via network **120** with additional servers, which may enable payment management server **150** to distribute processes for parallel execution by a plurality of servers.

Processor **400** may be of similar construction as processor **202**, discussed above. Further, although one processor is

8

shown in FIG. **4**, payment management server **150** may include a plurality of processors to facilitate parallel processing of computing tasks.

Interfaces **402** may provide communication with other components of system **100**, including network **120**. For example, interfaces **402** may comprise a communication device for sending and receiving data across network **120**, including, but not limited to, a modem, a transceiver, a network communication card (e.g., an Ethernet card), a satellite dish, an antenna, or another network adapter capable of transmitting and receiving data over network **120**. The interfaces may further comprise one or more interfaces to one or more input devices, such as one or more keyboards, mouse devices, and the like, that enable payment management server **150** to receive data from one or more external systems, such as other component computing systems of system **100**.

Memory **404** may be of similar construction as memory **204**, discussed above. Further, memory **204** may store program modules (not shown) for facilitating a peer-to-peer payment transaction. For example, memory **204** may store program modules related to processing a peer-to-peer payment transaction from a financial account associated with a user of sender mobile device **110** to a financial account associated with a user of recipient mobile device **112**. As part of transaction process, memory **204** may include instructions for acting as a third-party intermediary. For example, memory **204** may include instructions for facilitating the exchange of a payment between a financial account associated with a user of sender mobile device **110** and a financial account associated with a user of recipient mobile device **112**. As discussed above, the sender and recipient of a payment may have financial accounts at the same financial institution or different financial institutions. Alternatively, in an embodiment in which payment management server **150** maintains accounts for one or more parties to a translation, memory **404** may include instructions for completing the transfer of a payment to and/or from an account maintained by payment management server **150**.

As shown in FIG. **4**, memory **404** may access a database **406**. Database **406** may be stored within a storage medium or storage device of payment management server **150**. In some embodiments, database **406** may be stored in or be co-extensive with memory **404**. Database **406** may comprise one or more document management systems, Microsoft® SQL databases, SharePoint databases, Oracle™ databases, Sybase™ databases, or other relational databases. Database **406** may store data related to users of sender mobile device **110** and/or recipient mobile device **112**. For example, database **406** may include user profiles, user credentials (e.g., username and password), and other data identifying users of payment application **300** or other mobile applications associated with financial information. In embodiments in which payment management server **150** maintains accounts for one or more parties to a transaction, database **406** may further include financial account information (e.g., data indicating transactions and funds associated with a financial account).

FIG. **5** is a diagram showing data that may be included in a QR code **500** for use in a peer-to-peer payment transaction, consistent with a disclosed embodiment. A QR code, such as QR code **500**, may be generally described as a vector of data in the form of bits arranged in a way that can be generated for two-dimensional display. That is, the bits may be converted into a two-dimensional code, which can be displayed on a device (e.g., using display **206** of sender mobile device **110** and/or recipient mobile device **112**). Further, the code may be transmitted to other component systems of system

US 9,852,417 B2

9

100 using, for example, camera 200 included in recipient mobile device 112. A displayed QR code such as QR code 500 is akin to a barcode in that the QR code may be represented by a two-dimensional scannable matrix. For example, after scanning the QR code with a camera (e.g., camera 200) recipient mobile device 112 may convert the QR code back to its original vector of bits.

As shown in FIG. 5, QR code 500 may comprise various data and information, such as a user identifier 502, a transaction token 504, an amount 506, an application identifier 508, and a memo field 510. In some embodiments, one or more of the elements may be omitted from QR code 500. In other embodiments, more than one version or copy of each element may be incorporated into QR code 500.

User identifier 502 may identify sender mobile device 110 and/or a user operating sender mobile device 110. For example, user identifier 502 may constitute an alphanumeric identifier associated with sender mobile device 110 and/or a user operating sender mobile device 110. In some embodiments, user identifier 502 may be further configured to additionally identify recipient mobile device 112 and/or a user operating recipient mobile device 112. In some embodiments, user identifier 502 may comprise additional identifying information, such as information associated with sender financial account server 130, recipient financial account server 140, payment management server 150, and the entity or entities affiliated with those servers. Further, user identifier 502 may include information associated with individual financial service accounts, including but not limited to the sender's financial account from which funds are to be drawn for the P2P transaction as well as the recipient's financial account, to which the funds are to be transferred.

In some embodiments, QR code 500 may comprise a transaction token 504. Transaction token 504 may be a unique and anonymous transaction token issued by payment management server 150. In one embodiment, transaction token 504 may be provided by a financial institution (e.g., sender financial account server 130, recipient financial account server 140), or it may be generated by payment application 300. As described in more detail below in FIG. 14, transaction token 504 may be configured to provide extra security and enhanced tracking capabilities for a financial transaction involving QR code 500. Transaction token 504 may include identifying information, similar to that associated with user identifier 502, and may additionally include security and identity features that are independently verifiable by other members of system 100, as will be described in further detail below.

QR code 500 may further comprise information relating to a transaction amount 506. In some embodiments, the user associated with sender financial account server 130 may input amount 506 via payment application 300. As will be discussed below, depending on the configuration of payment application 300 and sender financial account server 130, amount 506 as incorporated within QR code 500 may be treated essentially as cash by payment management server 150 (i.e., payable to any user associated with a recipient mobile device 112), or it may be treated as an amount payable to a specific user associated with a recipient mobile device 112, in the manner of a check or other direct payment transaction. In some embodiments, payment application 300 and/or QR generator module 302 may be operable to change amount 506 after the user initially sets the amount. Amount 506 may be expressed in any tangible or virtual currency, including Bitcoin.

10

Application identifier 508 may identify the payment application 300 installed on sender mobile device 110. For example, application identifier 508 may be included in QR code 500 such that when an attempt is made to redeem QR code 500, the redeemer (e.g., a user of recipient mobile device 120), may ensure that QR code 500 was generated by and/or received from a known and trusted application. Accordingly, application identifier 508 may include data identifying one or more known and trusted applications for P2P payment transactions, including information relating to the developer of the application, the version, the operating system associated with the application, security information relating to the application, such as antivirus status, update status, etc. This list of information is intended to be exemplary, and other application information may be included within any given QR code 500. In some embodiments, application identifier 508 may contain information relating to other applications or systems, including but not limited to QR generator module 302, QR scanner module 304, or any other software module associated with sender mobile device 110, recipient mobile device 112, financial account servers 130 and 140, and payment management server 150.

QR code 500 may further comprise a memo field 510 to provide for the entry of a note or memo associated with a particular transaction. Memo field 510 may, for example, comprise information that would be associated with the memo field on a check. For example, a sender may send QR code 500 as a payment with, for example, the following memo: "Payment for sports tickets." In other embodiments, memo field 510 may comprise information including, but not limited to, the identity of the sender or the recipient, the identity of a particular financial account hosted on one or more of sender financial account server 130 or recipient financial account server 140, a date, purpose, or any other information that may be associated with a financial transaction. In some embodiments, payment application 300 and/or QR generator module 302 may be operable to amend memo field 510 after the user initially generates information within it.

FIG. 6 shows an example user interface that may be provided by the disclosed embodiments to perform financial transactions using QR codes. FIG. 6 illustrates a user interface displayed on display 206 of sender mobile device 110 and/or recipient mobile device 112. Aspects of the disclosed embodiments include software processes that, when executed by processor 202, generate and provide the content included in the user interface provided to mobile devices 110 and 112. FIG. 6 is presented in association with a user interface that may be programmed within payment application 300, but it is understood that the user interface is exemplary only and may be associated with or incorporated within any mobile application or software module. In addition to presenting textual information to mobile devices 110 and/or 112, the user interface may contain additional visual representations such as icons, as illustrated in the example of FIG. 6.

FIG. 6 contains icons representing data and functions that may be associated with payment application 300, such as "Balances," "Bill Pay," "Transfers," "Find a Branch," "Find an ATM," and "Use QR." For example, selecting "Balances" may allow a user to view account balances, selecting "Bill Pay" may allow a user to initiate an electronic bill payment, and selecting "Transfers" may allow a user to initiate a funds transfer. Selecting "Find a Branch" and "Find an ATM" may allow a user to access a directory to search for bank branches and ATMs, respectively. Selecting "Use QR" may provide options associated with payment application 300 and may

US 9,852,417 B2

11                                    12

navigate a user to a menu of options as shown in FIG. 7, discussed below. It is understood that these icons, data, and functions shown in FIG. 6 are examples, and a particular user interface or mobile application may contain more or fewer icons, data, and/or functions. Aspects of the disclosed embodiments include software processes that, when executed by processor 202, generate further potential functionalities relating to banking or payment. Other formats, types of content, queries, mechanisms for uploading, etc., can be implemented to allow mobile devices 110 and/or 112 to perform processes and functions associated with the disclosed embodiments.

FIG. 7 shows an example of a user interface that may be provided by the disclosed embodiments to perform financial transactions using QR codes. FIG. 7 illustrates a user interface displayed on display 206 of sender mobile device 110 and/or recipient mobile device 112. Aspects of the disclosed embodiments include software processes that, when executed by processor 202, generate and provide the content included in the user interface provided to mobile devices 110 and 112. FIG. 7 is presented in association with a user interface that may be programmed within QR generator module 302 and/or QR scanner module 304, but it is understood that the user interface is exemplary only and may be associated with or incorporated within any mobile application or software module. For example, the user interface of FIG. 7 may be accessed by selection or input of an icon within the user interface described above in association with FIG. 6 and payment application 300, such as "Use QR." In addition to presenting textual information to mobile devices 110 and/or 112, the user interface may contain additional visual representations such as icons, as illustrated in the example of FIG. 7.

FIG. 7 contains icons representing data and functions that may be associated with payment application 300, QR generator module 302 and/or QR scanner module 304 such as "QR Cash Code," "Pay a Friend with QR," "Scan QR for Bill Pay," "Redeem a Friend's QR," "QR Help," and "Link an Account to QR." For example, selecting "QR Cash Code" may allow a user to generate a P2P payment QR code that may be scanned by any recipient, and may navigate a user to a series of user interfaces such as those shown in FIGS. 8-10, discussed below. Selecting "Pay a Friend with QR" may allow a user to generate a P2P payment QR code that may be transferred only to a particular recipient, and selecting "Scan QR for Bill Pay" may allow a user either to scan a QR code on a bill to capture bill payment information or to generate a QR code to pay bills. Selecting "Redeem a Friend's QR" may allow a user to scan a QR code presented by another user for purposes of receiving payment. Selecting "QR Help" may provide a searchable index of help topics pertaining to generating or scanning QR codes for financial transactions. Alternatively, in some embodiments "QR Help" may activate options permitting the user to directly contact a representative of an entity associated with payment application 300, for example, by telephone, email, live chat, etc. Selecting "Link an Account to QR" may allow a user to enable present or future payments to be drawn from and/or deposited into a particular financial service account associated with the user and with payment application 300. It is understood that these icons, data, and functions are examples, and a particular user interface or mobile application may contain more or fewer icons, data, and/or functions. Aspects of the disclosed embodiments include software processes that, when executed by processors 202, generate further potential functionalities relating to banking or payment. Other formats, types of content, queries, mechanisms

for uploading, etc., can be implemented to allow mobile devices 110 and/or 112 to perform processes and functions associated with the disclosed embodiments.

FIG. 8 shows an example of a user interface that may be provided by the disclosed embodiments to perform financial transactions using QR codes. FIG. 8 illustrates a user interface displayed on display 206 of sender mobile device 110. Aspects of the disclosed embodiments include software processes that, when executed by processor 202, generate and provide the content included in the user interface provided to mobile devices 110 and 112. FIG. 8 is presented in association with a user interface that may be programmed within QR generator module 302, but it is understood that the user interface is exemplary only and may be associated with or incorporated within any mobile application or software module. For example, the user interface of FIG. 8 may be accessed by selection or input of an icon within the user interfaces described above in association with FIGS. 6 and 7 and payment application 300, such as "Use QR" or "QR Cash Code." In addition to presenting textual information to mobile devices 110 and/or 112, the user interface may contain additional visual representations such as icons or buttons, as illustrated in the example of FIG. 8.

FIG. 8 contains buttons and fields representing data and functions that may be associated with payment application 300, QR generator module 302, and/or QR scanner module 304 such as "Enter Amount," "Generate QR Cash Code," "Add Memo," "Switch to Pay a Friend," and "Email Code." It is understood that these buttons and fields are examples, and a particular user interface or mobile application may contain more or fewer icons, buttons, fields, data, and/or functions. Fields, such as the "Enter Amount" field shown in FIG. 8, may be configured to receive input from interface components of mobile devices 110 and 112 (not shown) such as a keyboard, touchball, touchscreen, or microphone. Regarding the buttons, in some embodiments, selecting "Generate QR Cash Code" may allow a user to generate a P2P payment QR code that may be scanned by any recipient in the amount of currency specified in the "Enter Amount" field, and may navigate a user to a series of additional user interfaces such as those shown in FIGS. 9-10, discussed below. Selecting "Add Memo" may allow a user to add an optional memo field containing information about the transaction to the QR code, such as memo field 510 discussed above. Selecting "Switch to Pay a Friend" may allow a user to generate a P2P payment QR code that may be scanned only by a particular recipient in a different mode of operation described in detail below, and selecting "Email Code" may allow sender mobile device 110 to email a copy of the QR code to the recipient for printing and/or scanning at a later time. Aspects of the disclosed embodiments include software processes that, when executed by processors 202, generate further potential functionalities relating to banking or payment. Other formats, types of content, queries, mechanisms for uploading, etc., can be implemented to allow mobile devices 110 and/or 112 to perform processes and functions associated with the disclosed embodiments.

The example user interface of FIG. 8 illustrates a "QR Cash" mode, in which a QR code containing payment information can be generated by QR generator module 302 that is redeemable by any user associated with a recipient mobile device 112. In alternative embodiments, payment application 300 and/or QR generator module 302 may configure and display a user interface (not shown) directed to an alternative "Pay a Friend" mode. This mode, which may, for example, be accessed via various buttons, icons, or fields as illustrated in FIGS. 6 and 7, permits a user asso-

US 9,852,417 B2

13

ciated with sender mobile device **110** to generate a QR code containing payment transaction information directed to a particular user associated with a recipient mobile device **112**. In these embodiments, a generated user interface displayed on sender mobile device **110** may contain additional fields for input of information, such as the identity (name, phone number, email address, location, etc.) of the desired particular recipient, information related to a particular account associated with the particular recipient, duration of time when the QR code is valid, etc. These fields may be comparable to information that might be included on a personal check between two parties. This description is intended to be a non-limiting example, and a user interface operable to send money directly to a particular user may contain different elements than those described.

FIG. **9** shows an example of a user interface that may be provided by the disclosed embodiments to perform financial transactions using QR codes. FIG. **9** illustrates a user interface displayed on display **206** of sender mobile device **110**. Aspects of the disclosed embodiments include software processes that, when executed by processor **202**, generate and provide the content included in the user interface provided to mobile devices **110** and **112**. FIG. **9** is presented in association with a user interface that may be programmed within QR generator module **302**, but it is understood that the user interface is exemplary only and may be associated with or incorporated within any mobile application or software module. For example, the user interface of FIG. **9** may be accessed by selection or input of an icon within the user interfaces described above in association with FIGS. **6-8** and payment application **300**, such as "Use QR" in FIG. **6** or "QR Cash Code" in FIG. **7**, as described above. In addition to presenting textual information to mobile devices **110** and/or **112**, the user interface may contain additional visual representations such as icons or buttons, as illustrated in the example of FIG. **9**.

FIG. **9** contains buttons and fields representing data and functions that may be associated with payment application **300**, QR generator module **302**, and/or OR scanner module **304** such as "Print Code" and "Email Code." For example, selecting "Print Code" may allow a user to print a paper copy of the generated OR code for easier scanning or scanning at a later time. Selecting "Email Code" may, as described above, allow sender mobile device **110** to email a copy of the OR code to the recipient for printing and/or scanning at a later time. It is understood that these buttons and fields are examples, and a particular user interface or mobile application may contain more or fewer icons, buttons, fields, data, and/or functions. FIG. **9** also illustrates a generated visual representation of OR code **500**, which is presented for scanning by recipient mobile device **112**. Aspects of the disclosed embodiments include software processes that, when executed by processors **202**, generate further potential functionalities relating to banking or payment. Other formats, types of content, queries, mechanisms for uploading, etc., can be implemented to allow mobile devices **110** and/or **112** to perform processes and functions associated with the disclosed embodiments.

FIGS. **10**A and **10**B show examples of user interfaces that may be provided by the disclosed embodiments to perform financial transactions using OR codes. FIG. **10**A illustrates a user interface displayed on display **206** of sender mobile device **110**. Aspects of the disclosed embodiments include software processes that, when executed by processor **202**, generate and provide the content included in the user interface provided to mobile device **110**. FIG. **10**A is presented in association with a user interface that may be programmed

14

within QR generator module **302**, but it is understood that the user interface is exemplary only and may be associated with or incorporated within any mobile application or software module. For example, the user interface of FIG. **10**A may be accessed by selection or input of an icon within the user interfaces described above in association with FIGS. **6-9** and payment application **300**, such as "Use QR" in FIG. **6**, or "QR Cash Code" in FIG. **7**. In addition to presenting textual information to mobile device **110**, the user interface may contain additional visual representations such as icons or buttons, as illustrated in the example of FIG. **10**A.

FIG. **10**A contains buttons and fields representing data and functions that may be associated with payment application **300**, QR generator module **302** and/or QR scanner module **304** such as "Generate Another Code" and "Undo." It is understood that these buttons and fields are exemplary, and a particular user interface or mobile application may contain more or fewer icons, buttons, fields, data, and/or functions. The user interface of FIG. **10**A illustrates an example confirmation screen that may be displayed after a recipient mobile device **112** scans a QR code **500** displayed on sender mobile device **110**. After scanning of QR code **500**, the user interface of FIG. **10**A may permit sender mobile device **110** to repeat and refresh the processes and user interfaces of the disclosed embodiments to generate another QR code for a payment transaction. In other embodiments, the user interface of FIG. **10**A may permit sender mobile device **110** to "undo," or cancel, a payment transaction completed using a QR code such as OR code **500**. In these embodiments, selection of the "Undo" button may additionally permit amendment of some aspect of the transaction, such as the amount **506**, user identifier **502**, application identifier **508**, or memo field **510** without cancelling the entirety of the payment transaction. Aspects of the disclosed embodiments include software processes that, when executed by processor **202**, generate further potential functionalities relating to banking or payment. Other formats, types of content, queries, mechanisms for uploading, etc., can be implemented to allow mobile device **110** to perform processes and functions associated with the disclosed embodiments.

FIG. **10**B illustrates a user interface displayed on display **206** of recipient mobile device **112**. Aspects of the disclosed embodiments include software processes that, when executed by processor **202**, generate and provide the content included in the user interface provided to mobile device **112**. FIG. **10**B is presented in association with a user interface that may be programmed within OR scanner module **304**, but it is understood that the user interface is exemplary only and may be associated with or incorporated within any mobile application or software module. For example, the user interface of FIG. **10**B may be accessed by selection or input of an icon within the user interfaces described above in association with FIGS. **6-9** and payment application **300**, such as "Use QR" in FIG. **6**, or "Redeem a Friend's QR" in FIG. **7**. In addition to presenting textual information to mobile device **112**, the user interface may contain additional visual representations such as icons or buttons, as illustrated in the example of FIG. **10**B.

FIG. **10**B contains buttons and fields representing data and functions that may be associated with payment application **300**, QR generator module **302** and/or OR scanner module **304** such as "Scan Another Code." It is understood that these buttons and fields are exemplary, and a particular user interface or mobile application may contain more or fewer icons, buttons, fields, data, and/or functions. The user interface of FIG. **10**B illustrates an example confirmation

US 9,852,417 B2

15                                                                                              16

screen that may be displayed after a recipient mobile device **112** scans a QR code **500** displayed on sender mobile device **110**. After scanning of QR code **500**, the user interface of FIG. **10**B may permit recipient mobile device **112** to repeat and refresh the processes and user interfaces of the disclosed embodiments to scan another QR code for a payment transaction. Aspects of the disclosed embodiments include software processes that, when executed by processor **202**, generate further potential functionalities relating to banking or payment. Other formats, types of content, queries, mechanisms for uploading, etc., can be implemented to allow mobile device **112** to perform processes and functions associated with the disclosed embodiments.

FIG. **11** illustrates a method **1100** for a peer-to-peer payment transaction, consistent with a disclosed embodiment. Specifically, FIG. **11** shows a process or method of using a QR code **500** to initiate and transfer funds from the sender to the recipient.

Sender mobile device **110** may receive a user input initializing a QR code mode or functionality (Step **1110**). In some embodiments, the user of sender mobile device **110** may provide the input by selecting or otherwise engaging a link, button, icon, or other graphical element incorporated within a graphical user interface displayed on display **206**, such as those described above in association with FIGS. **6-7**. For example, the received input may comprise a press input on the "Use QR" icon illustrated in the example user interface illustrated in FIG. **6**. Those of ordinary skill of the art may readily contemplate other means for initiating a QR mode, either within payment application **300** or through other means. For example, in one embodiment a user may activate the QR code mode by saying "QR mode" into a microphone (not shown) associated with sender mobile device **110**.

Sender mobile device **110** may perform a QR code configuration process, such as is described below in connection with FIG. **12** (Step **1120**). Mobile device **110** may perform elements of process **1120** in communication with or in conjunction with other elements of system **100**, including but not limited to sender financial account server **130** and/or payment management server **150**. In brief, according to some embodiments, sender mobile device **110** (via payment application **300** and/or QR generator module **302**) may verify the sender's identity, and determine a financial service account associated with the sender to use in a payment transaction. Sender mobile device **110** may receive input of a desired amount (such as amount **506**) to be incorporated into a QR code for payment (such as QR code **500**). Sender mobile device **110** may determine if the designated financial account contains sufficient funds to generate the QR code. If there are not sufficient funds, payment application **300** and/or QR generator module **302** may initially decline to configure QR code **500**, and may determine a financial account associated with the sender that does contain sufficient funds to generate the QR code. If an account containing sufficient funds is found, sender mobile device **110** may perform a process to add additional configuration options to the generated QR code, and then may generate the code. Sender mobile device **110** may display the generated QR code (such as QR code **500**) on the display of device **110**, such as display **206**, and may transmit a notification of the successful code generation to an external server, such as payment management server **150**.

Recipient mobile device **112** may next perform a QR code scanning process, such as is described below in connection with FIG. **15** (Step **1130**). Recipient mobile device **112** may perform one or more steps of process **1130** in communica-

tion with or in conjunction with other elements of system **100** including, but not limited to, sender mobile device **110**, sender financial account server **130**, recipient financial account server **140**, and/or payment management server **150**. In brief, according to some embodiments, recipient mobile device **112** (via camera **200**, payment application **300** and/or QR scanner module **304**) may receive an input initializing OR mode, specifically a QR scanning mode. Recipient mobile device **112** may configure a camera (such as camera **200**) and scan a QR code (such as OR code **500**) displayed on an external device, such as display **206** of sender mobile device **110**. Recipient mobile device **112** may determine if the scan was successful. If not, it may prompt the user to re-scan the QR code. If the scan was successful, payment application **300** and/or OR scanner module **304** may display a user interface screen confirming a successful scan, and may transmit a notification of the successful scan to an external system, such as sender financial account server **130**, recipient financial account server **140**, and/or payment management server **150**.

Payment management server **150** may perform a OR code redemption process, such as is described below in connection with FIG. **16** (Step **1140**). Payment management server **150** may perform elements of process **1140** in communication with or in conjunction with other elements of system **100**, including but not limited to sender mobile device **110**, recipient mobile device **112**, sender financial account server **130**, and/or recipient financial account server **140**. In brief, according to some embodiments, payment management server **150** (via processor **400** and/or interfaces **402**) may receive transmission of a scanned QR code, such as QR code **500**. Payment management server **150** may analyze the scanned QR code, including determining if an optional transaction token is present. If the transaction token is present, payment management server **150** may read and validate the transaction token. Payment management server **150** may determine if the funds for transfer associated with the scanned OR code are authorized. If not authorized, payment management server **150** may decline the transfer of funds. If authorized, payment management server **150** may configure the sender and recipient financial accounts to facilitate the transfer, transmit the funds, and send confirmations of the transfer to various other components of system **100**.

FIG. **12** illustrates a QR code configuration process consistent with certain disclosed embodiments, such as the one discussed above in association with step **1120** of process **1100** described previously. Process **1120**, as well as any or all of the individual steps therein, may be performed by any one or more of sender mobile device **110**, sender financial account server **130**, or payment management server **150**. For exemplary purposes, FIG. **12** is described as being performed by sender mobile device **110**.

Sender mobile device **110**, via payment application **300** and/or QR generator module **302**, may verify the identity of the sender (Step **1210**). Sender mobile device **110** may verify sender identity in a number of ways, including but not limited to requiring entry of a password, requiring input of answers to one or more security questions, requiring submission of a biometric security item (such as a fingerprint or a retinal scan), etc. In some embodiments, these verification steps may have been previously performed in order to initiate one or both of payment application **300** or a "QR mode" therein, as described above. In these embodiments, sender mobile device **110** may not require re-verification of identity, though it may still do so for added security.

US 9,852,417 B2

17

QR generator module **302** may determine a financial services account associated with the sender to provide funds for a payment (Step **1220**). In some embodiments, QR generator module **302** may directly prompt the sender to specify the desired account. In other embodiments, the sender may have previously specified the account within payment application **300** before entering "QR mode." In some embodiments, sender mobile device **110** may determine the desired financial account from a query or other notification sent to one or both of sender financial account server **130** or payment management server **150**.

Sender mobile device **110** may receive input from the sender of an amount for the QR code payment, such as amount **506** (Step **1230**). In some embodiments, such as the embodiment illustrated in FIG. **9**, sender mobile device **110** may receive an input typed into a field displayed on display **206** via a virtual or physical keyboard (not shown). In other embodiments, the amount **506** may be received through other input means, such as a verbal input spoken into a microphone associated with sender mobile device **110** (not shown). In still other embodiments, amount **506** may be specified by selection from a drop-down menu displayed within payment application **300**.

QR generator module **302** may determine if the funds in the specified sender financial account are sufficient to cover the inputted amount **506** (Step **1240**). In some embodiments, QR generator module **302** may determine if the funds are sufficient via an internal verification of information contained within memory **204** of sender mobile device **110**. For example, account balances may be contained within memory **204**. In other embodiments, payment application **300** may either contain the balance information to determine sufficiency of funds, or may be able to quickly verify the information with sender financial account server **130** over network **120**. In other embodiments, QR generator module **302** may send a request to sender financial account server **130** to determine if there are sufficient funds to transmit amount **506** within a QR code. In some embodiments, sender financial account server **130** may send a notification to sender mobile device **110** in response to the request confirming that the specified sender financial account contains funds equal to or greater than amount **506**.

If QR generator module **302** determines that the selected sender financial account does not contain sufficient funds to complete a QR code-based transfer of amount **506** (Step **1240**: NO), QR generator module **302** may decline to configure the QR code (Step **1242**). QR generator module **302** may display a notification to the sender via display **206** regarding the denial, and may further send notifications regarding the denial to one or more of sender financial account server **130** or payment management server **150**.

After denial of the initial OR code configuration, in some embodiments OR generator module **302** may determine another financial account associated with the sender that does contain sufficient funds to cover amount **506** (Step **1244**). In some embodiments the second financial account may be another account configured by the same financial account provider associated with sender financial account server **130**. In alternative embodiments, the other financial account may be associated with a different financial service provider and a different financial account server **130** (as well as perhaps a different associated payment application **300**). Further, in some embodiments QR generator module **302** may be configured to draw an amount of funds less than amount **506** from each of several different financial accounts. The several different financial accounts may all be

18

provided by the same financial service provider, or may be provided by several different financial service providers.

After determining at least one sender financial account containing sufficient funds (Step **1240**: YES; alternatively, a determination made in Step **1244**), sender mobile device **110** may perform a OR code options process, such as is described below in connection with FIG. **13** (Step **1250**). In brief, according to some embodiments, sender mobile device **110** (via payment application **300** or QR generator module **302**) may determine if added security is desired for the QR code payment, and if so, may perform an additional transaction token configuration process, to be described below in connection with FIG. **14**. Sender mobile device **110** may determine if the sender wishes to add a memo, such as memo field **510**, to a configured OR code, such as OR code **500**. If a memo is desired, sender mobile device **110** may receive input of the memo field **510** and configure display of the memo within QR code **500**. Sender mobile device **110** may further determine if alternative delivery options are desired, such as printing or emailing of generated QR code **500**, and if so, may configure those alternative delivery options.

OR generator module may generate a QR code, such as OR code **500**, for purposes of completing a financial payment transaction in the amount of amount **506** (Step **1260**). In some embodiments, OR generator module may add additional fees to amount **506** prior to generation of OR code **500** comprising service fees, taxes, and/or other such fees payable to any or all of sender financial account server **130**, recipient financial account server **140**, or payment management server **150**. QR generator module **302** may configure the visual display appearance of QR code **500** to ensure correct information and to ensure a unique QR code. In some embodiments where additional options were added to the QR code during step **1250**, QR generator module **302** may configure display of those additional options in generating OR code **500**.

QR generator module **302** may display the generated OR code **500** on display **206** of sender mobile device **110** (Step **1270**). Display of the code may occur substantially similarly to the manner illustrated in FIG. **9**, described above. Display of QR code **500** may be accompanied with additional information configured and displayed by OR generator module **302**, such as the amount **506** contained within the code, a memo field **510** associated with the code, sender or recipient identification information such as user identifier **502**, etc. It is understood that OR code **500** may be displayed with any other information deemed necessary, based on configurations of sender mobile device **110**, display **206**, payment application **300**, sender financial account server **130**, or payment management server **150**.

In some embodiments, OR generator module **302** may generate and transmit a notification that the OR code **500** was generated to one or more of sender financial account server **130** or payment management server **150** (Step **1280**). The notification may comprise a textual notification that the code was generated. In other embodiments, the notification may contain a visual confirmation of code generation, such as a copy of the graphical user interface (such as that displayed in FIG. **9** and discussed above) presented on display **206** of sender mobile device **110**.

FIG. **13** illustrates an example OR code options process, such as the one discussed above in association with Step **1250** of QR code configuration process **1200**. Process **1250**, as well as any or all of the individual steps therein, may be performed by any one or more of sender mobile device **110**, sender financial account server **130**, or payment manage-

US 9,852,417 B2

19

20

ment server **150**. For exemplary purposes, FIG. **12** is described as being performed by sender mobile device **110**.

Sender mobile device **110**, via QR generator module **302**, may determine if various additional optional features are to be added to QR code **500** prior to generating and displaying the code. In some embodiments, QR generator module **302** may determine if additional security is desired and/or required for the OR code (Step **1310**). In some embodiments, security may be requested based on provisions and agreements associated with the sender's financial account provider and associated server **130**. In some embodiments, security may be requested based upon the amount **506** of the transaction, or based upon information contained within optional memo field **510**. In still other embodiments, additional security may be requested based on the sender's geographical location as detected by sender mobile device **110**. In yet other embodiments, additional security may be requested based on information associated with user identifier **502**, for example, based on creditworthiness of the sender as determined by one or more of sender financial account server **130**, recipient financial account server **140**, or payment management server **150**.

If sender mobile device **110** determines that added security is to be integrated into OR code **500** (Step **1310**: YES), then sender mobile device **110** may perform a transaction token configuration process, such as is described below in connection with FIG. **14** (Step **1312**). In brief, according to some embodiments, sender mobile device **110** (via payment application **300** or QR generator module **302**) may determine sender identification information, and may configure a software object, or transaction token, incorporating the information. Sender mobile device **110** may further configure access to the transaction token, and configure its display within QR code **500**.

In embodiments where additional security is not requested or desired (Step **1310**: NO), or after such security has been added in Step **1312**, QR generator module **302** may determine if a memo is to be added to QR code **500**, such as memo field **510** (Step **1320**). In some embodiments, QR generator module **302** may prompt the sender through payment application **300** whether they want to enter a memo, such as via the "Add Memo" button illustrated and described previously in FIG. **8**. In embodiments where a memo is desired (Step **1320**: YES), sender mobile device **110** may receive input of information to be contained within memo field **510** of OR code **500** (Step **1322**). In these embodiments, the memo field information may be received through a variety of input means, such as through a virtual or physical keyboard associated with sender mobile device **110**, or verbally via a microphone (not shown) associated with sender mobile device **110**. Upon receiving the input of the memo field **510** information, QR generator module **302** may configure display of the information within QR code **500** (Step **1324**). In some embodiments, the memo field **510** information may be configured and displayed so as to be directly readable within OR code **500**. In other embodiments, the information may be embedded within OR code **500** as a link to an external location, for example, a website on an external server accessible via network **120**. If necessary, in some embodiments if a OR code **500** has already been generated, OR generator module **302** may re-generate the code in order to incorporate the memo field **510** information.

In embodiments where a memo is not requested or desired (Step **1320**: NO), or after such a memo has been configured in Step **1324**, QR generator module **302** may determine if alternative delivery options are to be added to OR code **500**

(Step **1330**). In some embodiments, OR generator module **302** may prompt the sender through payment application **300** whether they want to add alternative delivery options, such as via the "Print Code" and/or "Email Code" buttons illustrated and described previously in FIGS. **8-9**. In embodiments where such alternative delivery methods are desired (Step **1330**: YES), OR generator module **302** may configure delivery of such options (Step **1332**). In these embodiments, the delivery options may require identification or input of additional information, such as the network location of a desired printer, or an email address associated with one or more of recipient mobile device **112** and/or recipient financial account server **140**. In some embodiments, the alternative delivery options may be configured and displayed so as to be directly readable within QR code **500**. In other embodiments, the information may be embedded within OR code **500** as a link to an external location, for example, a website on an external server accessible via network **120**. If necessary, in some embodiments if a QR code **500** has already been generated, QR generator module **302** may re-generate the code in order to incorporate the alternative delivery information.

FIG. **14** illustrates a transaction token configuration process (corresponding to Step **1315** of process **1250** disclosed above) consistent with certain disclosed embodiments. Process **1315**, as well as any or all of the individual steps therein, may be performed by any one or more of sender mobile device **110**, sender financial account server **130**, or payment management server **150**. For exemplary purposes, FIG. **14** is described as being performed by sender mobile device **110**.

Sender mobile device **110** (via processor **202**, payment application **300**, or QR generator module **302**), may, after recognizing that optional additional security in a OR code (such as OR code **500**) is requested, determine identification information associated with the sender (Step **1410**). The information may comprise, for example, the name, mailing address, email address, or telephone number of the sender. The information may further comprise information associated with the sender's financial account, such as the name of the financial account provider that configured the account, the account number, the balance of the selected account before and/or after the transaction, etc. It is understood that the information described above is a non-limiting example, and that more or less information may be determined for a particular sender and/or a particular transaction. The information may be determined and gathered from a number of sources, such as memory **204** of sender mobile device **110**, memory devices (such as memory **404** and database **406**) associated with payment management server **150**, memory devices associated with sender financial account server **130** (not shown), or other data sources via network **120**.

Sender mobile device **110** may configure a software object, or "transaction token," comprising the determined sender identification information (Step **1420**). In some embodiments, the transaction token may be configured as an application programming interface. The transaction token may be configured to provide identity and security information relating to the financial transaction and/or the sender to other components of system **100**, such as recipient mobile device **112**, sender financial account server **130**, recipient financial account server **140**, and/or payment management server **150**. In some embodiments, the transaction token may comprise additional software modules relating to security, such as a Secure Sockets Layer (SSL) certificate. The purpose of the certificate is to identify the sender and provide enhanced security for consumer data. As part of one

US 9,852,417 B2

21

or more "handshakes" over network **120** between sender mobile device **110** and other components of system **100**, one or more systems may require that the sender mobile device **110** provide a secure certificate to verify sender identity. Although in preferred embodiments the verification is achieved via a certificate configured using SSL technology, it is understood that sender mobile device **110** may employ any like technology providing secure verification of identity.

Sender mobile device **110** may configure access to the transaction token (Step **1430**). In some embodiments, the transaction token may be directly readable within QR code **500** by the other computing systems of system environment **100**. In other embodiments, QR **500** may contain a link providing remote access to the transaction token information via network **120**, such as via the World Wide Web or other Internet protocol.

The information contained within the transaction token is invariably sensitive, private information and, before the transaction token leaves the secured environment of sender mobile device **110**, certain additional access steps may be configured to help ensure that unauthorized parties are not able to access, view, and use the information. In some embodiments, sender mobile device **110** (via payment application **300** or QR generator module **302**) may configure additional encryption for the transaction token. In other embodiments, sender mobile device **110** may implement a password protection scheme for the transaction token. In these embodiments, the password protection scheme may further comprise configuring and implementing additional security questions to further limit access. In some embodiments, sender mobile device **110** may generate terms of service or other similar security and usage agreements, and require acknowledgement of the terms of service by other system components of system environment **100**.

The transaction token may be configured with one or more layers of required authorization (for example, using the OAuth 2 standard), and may require verification by one or both of sender mobile device **110** or the external system attempting to read the transaction token to display or access authorization data contained within the transaction token. Sender mobile device **110** may configure the transaction token so the information contained within the transaction token cannot be downloaded by any end user. In some embodiments, the configured transaction token security credentials may include biometric or other physical characteristics to access the authorized data or functions. In other embodiments, the credentials may include physical devices required for access, such as a key, dongle, card, or other such device. Sender mobile device may further configure the transaction token to operate under Hypertext Transfer Protocol Secure (HTTPS) or other comparable security protections over network **120**.

Sender mobile device **110**, via QR generator module **302**, may configure the display of the transaction token (or, as described above, a link to the transaction token information) within the visual bit configuration of the generated QR code, such as QR code **500** (Step **1440**). QR generator module **302** may determine the size of the transaction token, and may reconfigure the visual appearance of the generated QR code **500** to incorporate the additional information required for the transaction token. Following the incorporation of the transaction token into the design of the code, QR generator module **302** may re-generate and/or re-display the code on display **206** of sender mobile device **110** as necessary.

FIG. **15** illustrates a QR code scanning process (corresponding to step **1130** of process **1100** disclosed above) consistent with certain disclosed embodiments. Process

22

**1130**, as well as any or all of the individual steps therein, may be performed by any one or more of sender mobile device **110**, recipient mobile device **112**, sender financial account server **130**, recipient financial account server **140**, or payment management server **150**. For exemplary purposes, FIG. **15** is described as being performed by recipient mobile device **112**.

Recipient mobile device **112**, via payment application **300** and/or QR scanner module **304**, may receive an input initializing a QR mode (Step **1510**). In some embodiments, the user of recipient mobile device **112** may provide the input by selecting or otherwise engaging a link, button, icon, or other graphical element incorporated within a graphical user interface displayed on display **206**, such as those described above in association with FIGS. **6-7**. For example, the received input may comprise a press input on the "Use QR" icon illustrated in the example user interface illustrated in FIG. **6**. Those of ordinary skill of the art may readily contemplate other means for initiating a QR mode, either within payment application **300** or through other means. For example, in one embodiment a user may activate the QR mode by saying "QR mode" into a microphone (not shown) associated with recipient mobile device **112**.

Recipient mobile device **112**, via payment application **300** and/or QR scanner module **304**, may receive an input initializing a QR scanning mode (Step **1520**). Much as described above, in some embodiments, the user of recipient mobile device **112** may provide the input by selecting or otherwise engaging a link, button, icon, or other graphical element incorporated within a graphical user interface displayed on display **206**, such as those described above in association with FIGS. **6-7**. For example, the received input may comprise a press input on the "Redeem a Friend's QR" icon illustrated in the example user interface illustrated in FIG. **7**. Those of ordinary skill of the art may readily contemplate other means for initiating a QR scanning mode, either within payment application **300** or through other means. For example, in one embodiment a user may activate the QR scanning mode by saying, for example, "QR scan" into a microphone (not shown) associated with recipient mobile device **112**.

Recipient mobile device **112** may configure hardware and/or software elements of camera **200** to prepare for the QR scanning process (Step **1530**). For example, in some embodiments, based on the physical location of recipient mobile device **112**, QR scanner module **304** may configure software and/or hardware of camera **200** to provide additional light, such as through a flash (not shown), or may require focusing of the camera's lens. In some embodiments, QR scanner module **304** may configure and display a user interface to be displayed on display **206** showing the view from one or more of camera **200**'s lens(es). QR scanner module **304** may additionally provide a visual guide to the recipient to aid in alignment and capture of a QR code such as QR code **500**, such as a box, crosshairs, or other similar guides.

QR scanner module **304** may scan a QR code, such as QR code **500**, displayed on display **206** of sender mobile device **110** (Step **1540**). In some embodiments, QR scanner module **304** may be configured to automatically scan QR code **500** when positioned within the view of camera **200**. For example, in some embodiments, the QR code **500** may be automatically scanned when it is positioned and focused within a guide on display **206** of recipient mobile device **112**, such as those described above. In other embodiments, the recipient may need to take an affirmative action to scan

US 9,852,417 B2

23

the code, such as pressing a button on display **206** or elsewhere on recipient mobile device **112**.

QR scanner module **304** may determine whether or not the scan of the intended QR code **500** was successful (Step **1550**). If the scan was not successful (for example, if elements of code **500** were not readable, if the camera **200** malfunctioned, if there was a disruption in network **120**, etc.) (Step **1550**: NO), QR scanner module **304** may prompt the recipient to attempt to rescan QR code **500** (Step **1552**). The prompt may be a visual prompt displayed on display **206** of one or both of sender mobile device **110** or recipient mobile device **112**. The recipient may then re-scan QR code **500**, substantially as described above in Steps **1510-1540** (Step **1554**).

Once the scan of QR code **500** is successful (Step **1550**: YES, or successful scanning at Step **1554**), one or both of sender mobile device **110** or recipient mobile device **112** may generate and display a confirmation message indicating the successful scan (Step **1560**). In some embodiments, the confirmation message may be presented as part of a graphical user interface substantially similar to the interface illustrated in FIG. **10** described above. In some embodiments, as shown in FIG. **10**, one or both of the sender and recipient may be provided with additional options associated with the transaction, including but not limited to performing a new QR code payment transaction or reversing the just-completed transaction. In some embodiments, one or both of sender mobile device **110** and recipient mobile device **112** may transmit notification of the successful scan to payment management server **150** (Step **1570**). The notification may be a textual summary of the transaction, or it may comprise visual indicia of the transaction, such as a copy of the scanned code, a copy of the confirmation screen shown to the sender and recipient, etc. In some embodiments, payment management server **150** is further configured to receive the transmitted confirmation notification and further relay the confirmation to one or both of sender financial account server **130** and recipient financial account server **140**. Such a transmission, including further details relating to processing of the transaction, will now be described in detail.

FIG. **16** illustrates a QR code redemption process (corresponding to Step **1140** of process **1100** disclosed above) consistent with certain disclosed embodiments. Process **1140**, as well as any or all of the individual steps therein, may be performed by any one or more of sender mobile device **110**, recipient mobile device **112**, sender financial account server **130**, recipient financial account server **140**, or payment management server **150**. For exemplary purposes, FIG. **16** is described as being performed by payment management server **150**.

Payment management server **150** may receive a transmission of a scanned OR code (Step **1610**). In some embodiments, this transmission may be the same or substantially similar as the confirmation transmission discussed above in association with Step **1570** of QR code scanning process **1130**. In some embodiments, payment management server **150** may receive the scanned QR code **150** itself. In other embodiments, payment management server **150** may receive a summary notification of the information embedded within OR code **500**.

Payment management server **150** may analyze the scanned OR code (Step **1620**). As discussed above, in embodiments where payment management server **150** receives the entire QR code **500**, payment management server, via processor **400**, may read and decipher the information embedded within the code. In alternative embodiments, where an intermediary entity (not shown) reads the

24

OR code **500** itself, payment management server **150** via processor **400** may read and analyze any summary information of the associated code information received from the intermediate entity.

In some embodiments, analysis of QR code **500** may reveal that it contains a transaction token, such as that discussed above in association with FIGS. **13** and **14**. Payment management server **150** may determine whether such a transaction token is embedded within QR code **500** (Step **1630**). If a transaction token is present (Step **1630**: YES), payment management server **150**, via processor **400**, may read the transaction token and determine the information contained within it (Step **1632**).

Payment management server **150** may validate the information contained with the transaction token (Step **1634**). Payment management server **150** may validate the information by comparing it to information contained on one or more of sender financial account server **130** or recipient financial account server **140**. If the information matches, the process proceeds. In some embodiments, if the information on the transaction token does not match or otherwise cannot be validated, payment management server **150** may decline to transfer the funds. Alternatively, payment management server **150** may transmit a notification comprising information about the failed transaction token validation to one or more of sender mobile device **110**, recipient mobile device **112**, sender financial account server **130**, and recipient financial account server **140**. In these embodiments, the notification may contain information relating to the failed transaction token validation, and may prompt one or both of the sender or recipient to attempt the QR code scanning process again.

If a transaction token is not present (Step **1630**: NO), or if a transaction token is present and validated in Step **1634**, payment management server **150** may determine if the amount **506** contained within the scanned QR code **500** is an amount authorized for transfer (Step **1640**). In some embodiments, payment management server **150** may determine if the scanned funds are authorized by sending a query or other such notification to sender financial account server **130**. In alternative embodiments, payment management server **150** may send a confirmatory notification or query directly to sender mobile device **110**, comprising, for example, a message stating "Send $X.XX to [Recipient]?", with $X.XX comprising amount **506**.

In some embodiments, payment management server **150** may determine that funds in the amount of amount **506** are not authorized for transfer (Step **1640**: NO). In these embodiments, payment management server **150** may decline the transfer of funds (Step **1642**). In some embodiments, payment management server **150** may transmit a notification comprising information about the failed authorization to one or more of sender mobile device **110**, recipient mobile device **112**, sender financial account server **130**, and recipient financial account server **140**. In these embodiments, the notification may contain information relating to the failed transaction, and may prompt one or both of the sender or recipient to attempt the QR code scanning process again.

If payment management server **150** does determine that the funds are authorized for transfer (Step **1640**: YES), payment management server **150** may configure the recipient financial services account to begin the funds transfer (Step **1650**). The configuration may comprise any steps necessary to prepare the recipient's account to receive the funds, and may require one or more communications between payment management server **150** and recipient financial account server **140**. For example, payment man-

US 9,852,417 B2

25

agement server may contact financial account server **140** requesting authorization to transfer funds in the amount of amount **506** from sender financial account server **130**.

Payment management server **150** may request funds in the amount of amount **506** from the sender's financial account (Step **1660**). For example, in some embodiments, the sender's financial account may be maintained by a financial institution associated with sender financial account server **130** and/or payment management server **150**. The funds being transferred may be in the amount **506** specified in the scanned QR code **500**. In alternative embodiments, as discussed previously, the transferred amount may comprise amount **506** plus an additional amount of funds comprising service fees, taxes, etc. In some embodiments, payment management server **150** may direct the sender's financial institution via sender financial account server **130** to transfer the requested funds to the recipient's financial institution, via recipient financial account server **140**. In these embodiments, the request may comprise account information pertaining to both the sender and recipient's financial accounts (e.g., account numbers) and the amount of the transfer.

Payment management server **150** may send a confirmation of the withdrawal of the transferred funds to sender financial account server **130** (Step **1670**). The confirmation may comprise a textual notification comparable to a receipt, listing the time and date of the transaction, the transferred amount, and the destination account of the transfer (for example, an account hosted on recipient financial account server **140**). Payment management server **150** may facilitate the actual transfer of the funds to the recipient's financial account, in conjunction with sender financial account server **130** (Step **1680**). The transfer may occur substantially simultaneously to the scanning of the QR code and the transmission of the request to sender financial account server **130**, or it may occur at a later time. After transfer of the funds, recipient financial account server **140** may confirm receipt of the transferred funds to one or both of payment management server **150** and sender financial account server **130**. Payment management server **150** may then send a confirmation of the completed transaction to recipient financial account server **140** (Step **1690**). The confirmation may occur through various means, for example, per the means and processes described previously in step **1670**.

The embodiments disclosed herein may provide a simple and secure way to initiate a P2P payment transaction using mobile devices. By using value-added QR codes, a sender may initiate a fund transfer without exchanging sensitive financial account information, such as a bank account or credit card number. Additionally, the disclosed embodiments may allow parties to accomplish P2P payment transactions more rapidly than through traditional payment techniques (e.g., providing a check to a recipient who must then cash the check to receive payment). That is, funds transfers may be completed due to the exchange of a scannable QR code from sender to recipient. Furthermore, the recipient and/or sender in a P2P payment transaction according to the disclosed embodiments may know that a fund transfer from the sender's financial institution to the recipient's financial institution has been initiated. Furthermore, the disclosed embodiments provide sender and recipient with the ability to retain a record of the payment transaction.

The foregoing description has been presented for purposes of illustration. It is not exhaustive and is not limited to the precise forms or embodiments disclosed. Modifications and adaptations will be apparent to those skilled in the art from consideration of the specification and practice of the disclosed embodiments. For example, the described imple-

26

mentations may include software, but systems and methods consistent with the disclosed embodiments may be implemented as a combination of hardware and software, or in hardware alone. Examples of hardware include computing or processing systems, including personal computers, servers, laptops, mainframes, micro-processors and the like. Additionally, although aspects of the disclosed embodiments are described as being stored in memory, one skilled in the art will appreciate that these aspects can also be stored on other types of computer readable media, such as secondary storage devices, for example, hard disks, floppy disks, or CD ROM, or other forms of RAM or ROM, USB media, DVD, or other optical drive media.

Computer programs based on the written description and disclosed methods are within the skill of an experienced developer. The various programs or program modules can be created using any of the techniques known to one skilled in the art or can be designed in connection with existing software. For example, program sections or program modules can be designed in or by means of .Net Framework, .Net Compact Framework (and related languages, such as Visual Basic, C, etc.), Java, C++, Objective-C, HTML, HTML/ AJAX combinations, XML, or HTML with included Java applets. One or more of such software sections or modules can be integrated into a computer system or existing e-mail or browser software.

Moreover, while illustrative embodiments have been described herein, the scope of any and all embodiments having equivalent elements, modifications, omissions, combinations (e.g., of aspects across various embodiments), adaptations and/or alterations as would be appreciated by those skilled in the art based on the present disclosure. The limitations in the claims are to be interpreted broadly based on the language employed in the claims and not limited to examples described in the present specification or during the prosecution of the application. The examples are to be construed as non-exclusive. Furthermore, the steps of the disclosed routines may be modified in any manner, including by reordering steps and/or inserting or deleting steps. It is intended, therefore, that the specification and examples be considered as illustrative only, with a true scope and spirit being indicated by the following claims and their full scope of equivalents.

What is claimed is:

1. A method for completing a peer-to-peer electronic payment transaction using a mobile device, the method comprising:

determining, by a processor of the mobile device, a financial account for providing funds for the payment transaction;

receiving, by the processor, a user input comprising a payment amount for the payment transaction;

determining, by the processor, that additional security for the transaction is required;

generating, by the processor based on the determination that additional security for the transaction is required, a Secure Sockets Layer (SSL) certificate that includes identification information associated with a user associated with the financial account;

generating, by the processor, a QR code comprising a representation of the generated SSL certificate, the payment amount, and an application identifier associated with a payment application of the mobile device used to generate or display the QR code;

displaying, by the processor, the QR code on a display of the mobile device; and

US 9,852,417 B2

<table>
<tr><td>27</td><td>28</td></tr>
</table>

transmitting, by the processor, a notification indicating the generation of the QR code to a server, the notification including an image of the QR code displayed on the display of the mobile device.

**2**. The method of claim **1**, further comprising:

receiving, by the processor, a notification that the financial account contains funds equal to or greater than the received payment amount.

**3**. The method of claim **1**, wherein the notification comprises one or more of the payment amount, the identity of a user associated with the financial account, the identity of a user intended to receive the payment, or the date and time that the QR code was generated.

**4**. The method of claim **1**, further comprising:

determining, by the processor, that a user associated with the financial account requests additional security for the transaction;

determining, by the processor, that the user requests to add a memo field to the QR code; and

determining, by the processor, that the user requests to configure the mobile device to print the QR code or email the QR code to another user.

**5**. The method of claim **1**, wherein determining that a user associated with the financial account requests additional security for the transaction further comprises:

determining, by the processor, information associated with the user, wherein the information comprises identification information;

configuring, by the processor, a transaction token incorporating the determined identification information; and

configuring, by the processor, the QR code to incorporate the transaction token.

**6**. A mobile device, comprising:

a display;

a memory storing instructions; and

a processor configured to execute the instructions to:

determine a financial account for providing funds for a payment transaction;

receive a user input comprising a payment amount for the payment transaction;

determine that additional security for the transaction is required;

generate, based on the determination that additional security for the transaction is required, a Secure Sockets Layer (SSL) certificate that includes identification information associated with a user associated with the financial account;

generate a QR code comprising a representation of the generated SSL certificate, the payment amount, and an application identifier associated with a payment application of the mobile device used to generate or display the QR code;

display the QR code on the display; and

transmit a notification indicating the generation of the QR code to a server, the notification including an image of the QR code displayed on the display of the mobile device.

**7**. The mobile device of claim **6**, wherein the processor is further configured to execute the instructions to:

receive a notification that the financial account contains funds equal to or greater than the received payment amount;

determine that a user associated with the financial account requests additional security for the transaction;

determine that the user requests to add a memo field to the QR code; and

determine that the user requests to print the QR code or email the QR code to another user.

**8**. The method of claim **1**, further comprising:

detecting, by the processor, a location of the mobile device; and

requesting, by the processor, additional security for the QR code based on the detected location of the mobile device.

**9**. The method of claim **8**, wherein the security for the QR code includes biometric verification credentials for a user associated with the financial account.

**10**. The method of claim **1**, wherein determining whether additional security for the transaction is required includes determining whether additional security is required based on a creditworthiness of the user associated with the financial account.

\* \* \* \* \*

US010055727B2

(12) **United States Patent**    (10) **Patent No.:    US 10,055,727 B2**

Aiglstorfer    (45) **Date of Patent:    Aug. 21, 2018**

(54) **CLOUD-BASED SYSTEMS AND METHODS FOR PROVIDING CONSUMER FINANCIAL DATA**

(71) Applicant: **mFoundry, Inc.**, Larkspur, CA (US)

(72) Inventor: **Rodney Aiglstorfer**, Larkspur, CA (US)

(73) Assignee: **mFoundry, Inc.**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 607 days.

(21) Appl. No.: **14/071,869**

(22) Filed: **Nov. 5, 2013**

(65) **Prior Publication Data**

US 2014/0129448 A1    May 8, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/722,626, filed on Nov. 5, 2012, provisional application No. 61/722,939, filed on Nov. 6, 2012.

(51) **Int. Cl.**
 **G06Q 20/32**    (2012.01)
 **G06Q 30/06**    (2012.01)

(52) **U.S. Cl.**
 CPC ..... **G06Q 20/3223** (2013.01); **G06Q 20/3221** (2013.01); **G06Q 30/06** (2013.01)

(58) **Field of Classification Search**
 None
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,601,761 B1 * | 8/2003 | Katis | G06Q 20/02 235/379 |
| 7,693,796 B2 * | 4/2010 | Light | G06Q 10/103 705/301 |
| 8,855,620 B2 * | 10/2014 | Sievers | G06F 8/65 455/419 |
| 8,931,041 B1 * | 1/2015 | Banerjee | H04L 63/102 726/1 |
| 9,100,400 B2 * | 8/2015 | Lunt | H04L 51/12 |
| 9,300,660 B1 * | 3/2016 | Borowiec | H04L 63/083 |
| 9,444,822 B1 * | 9/2016 | Borowiec | H04L 63/101 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 14/072,133, filed Nov. 5, 2013, entitled "Systems and Methods for Providing Financial Service Extensions."

*Primary Examiner* — Chikaodinaka Ojiaku
(74) *Attorney, Agent, or Firm* — Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

(57) **ABSTRACT**

Systems and methods are disclosed for providing cloud-based access to consumer financial information. A cloud-based platform may receive a notification from a server, the notification comprising a request to access consumer data associated with a financial services account. After confirming authorization by both the associated financial services account provider and the consumer, the platform may configure a software object identifying the server and at least a portion of the consumer data that the server is authorized to access. After presentation of the configured software object by the third party server, the platform may verify the configured software object, and provide to the server access to the authorized consumer data. The server may then utilize the provided consumer data to perform a mobile service for the consumer.

**20 Claims, 9 Drawing Sheets**



## US 10,055,727 B2

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| Number | Kind | Date | Name | Classification |
|---|---|---|---|---|
| 9,639,825 | B1* | 5/2017 | Roth | G06Q 10/10 |
| 2001/0029178 | A1* | 10/2001 | Criss | G06F 8/65 / 455/419 |
| 2001/0032169 | A1* | 10/2001 | Sireau | G06Q 30/08 / 705/37 |
| 2002/0132662 | A1* | 9/2002 | Sharp | G06Q 20/02 / 463/25 |
| 2003/0004871 | A1* | 1/2003 | Rowe | G06O 20/10 / 705/39 |
| 2003/0060896 | A9* | 3/2003 | Hulai | G06F 9/451 / 700/1 |
| 2003/0065738 | A1* | 4/2003 | Yang | G06F 8/65 / 709/215 |
| 2003/0100301 | A1* | 5/2003 | Fujii | G06F 3/0489 / 455/426.1 |
| 2003/0105688 | A1* | 6/2003 | Brown | G06Q 20/04 / 705/31 |
| 2003/0140146 | A1* | 7/2003 | Akers | H04L 29/06 / 709/227 |
| 2003/0145205 | A1* | 7/2003 | Sarcanin | G06Q 20/02 / 713/172 |
| 2003/0172090 | A1* | 9/2003 | Asunmaa | G06F 21/31 |
| 2003/0200184 | A1* | 10/2003 | Dominguez | G06Q 20/02 / 705/78 |
| 2003/0208684 | A1* | 11/2003 | Camacho | G06F 21/32 / 713/186 |
| 2003/0229811 | A1* | 12/2003 | Siegel | G06F 21/10 / 726/3 |
| 2003/0236867 | A1* | 12/2003 | Natsuno | G06F 21/10 / 709/220 |
| 2004/0044627 | A1* | 3/2004 | Russell | G06Q 20/00 / 705/50 |
| 2004/0143550 | A1* | 7/2004 | Creamer | G06Q 20/04 / 705/41 |
| 2004/0153655 | A1* | 8/2004 | Rolfe | G06F 21/32 / 713/185 |
| 2004/0210891 | A1* | 10/2004 | Kouznetsov | G06F 8/65 / 717/168 |
| 2004/0249726 | A1* | 12/2004 | Linehan | G06Q 20/0855 / 705/26.8 |
| 2005/0060238 | A1* | 3/2005 | Gravina | G06Q 30/0601 / 705/26.1 |
| 2005/0102188 | A1* | 5/2005 | Hutchison | G06Q 20/02 / 705/39 |
| 2005/0136939 | A1* | 6/2005 | Mountain | H04W 8/245 / 455/453 |
| 2005/0246278 | A1* | 11/2005 | Gerber | G06Q 20/02 / 705/44 |
| 2006/0006224 | A1* | 1/2006 | Modi | G06Q 20/02 / 235/379 |
| 2006/0144925 | A1* | 7/2006 | Jones | G06Q 20/40 / 235/380 |
| 2006/0165060 | A1* | 7/2006 | Dua | G06Q 20/20 / 370/352 |
| 2007/0125840 | A1* | 6/2007 | Law | G06Q 20/10 / 235/379 |
| 2007/0174295 | A1* | 7/2007 | Abraham | G06Q 10/06375 |
| 2007/0185799 | A1* | 8/2007 | Harrison | G06F 19/328 / 705/36 T |
| 2007/0185800 | A1* | 8/2007 | Harrison | G06Q 20/20 / 705/36 T |
| 2007/0185801 | A1* | 8/2007 | Harrison | G06F 19/328 / 705/36 T |
| 2007/0185802 | A1* | 8/2007 | Harrison | G06F 19/328 / 705/36 T |
| 2007/0185803 | A1* | 8/2007 | Harrison | G06F 19/328 / 705/36 T |
| 2007/0194108 | A1* | 8/2007 | Kalappa | G06Q 40/00 / 235/381 |
| 2007/0194109 | A1* | 8/2007 | Harrison | G06Q 20/20 / 235/381 |
| 2007/0250920 | A1* | 10/2007 | Lindsay | G06F 21/31 / 726/7 |
| 2008/0003991 | A1* | 1/2008 | Sievers | G06F 8/65 / 455/418 |
| 2008/0097871 | A1* | 4/2008 | Williams | G06Q 20/10 / 705/500 |
| 2008/0098325 | A1* | 4/2008 | Williams | G06Q 30/02 / 715/781 |
| 2008/0104496 | A1* | 5/2008 | Williams | G06Q 10/107 / 715/209 |
| 2008/0319887 | A1* | 12/2008 | Pizzi | G06Q 40/00 / 705/35 |
| 2009/0063345 | A1* | 3/2009 | Erikson | G06Q 20/10 / 705/44 |
| 2009/0070411 | A1* | 3/2009 | Chang | G06F 3/1204 / 709/203 |
| 2009/0089176 | A1* | 4/2009 | McCabe | G06Q 20/10 / 705/26.1 |
| 2009/0119209 | A1* | 5/2009 | Sorensen | G06Q 20/102 / 705/40 |
| 2009/0132392 | A1* | 5/2009 | Davis | G06Q 10/087 / 705/28 |
| 2009/0234751 | A1* | 9/2009 | Chan | G06Q 20/145 / 705/26.1 |
| 2010/0088225 | A1* | 4/2010 | Forsberg | G06Q 20/10 / 705/39 |
| 2010/0179907 | A1* | 7/2010 | Atkinson | G06Q 20/10 / 705/44 |
| 2010/0180032 | A1* | 7/2010 | Lunt | H04L 51/12 / 709/225 |
| 2010/0180339 | A1* | 7/2010 | Finlayson | G06F 21/604 / 726/21 |
| 2010/0251353 | A1* | 9/2010 | Hodgkinson | G06F 21/34 / 726/9 |
| 2010/0280946 | A1* | 11/2010 | Batten | G06Q 20/02 / 705/42 |
| 2011/0072039 | A1* | 3/2011 | Tayloe | G06F 21/6218 / 707/769 |
| 2011/0209200 | A2* | 8/2011 | White | G06F 21/32 / 726/4 |
| 2011/0276590 | A1* | 11/2011 | Hayes | G06Q 10/107 / 707/769 |
| 2011/0307381 | A1* | 12/2011 | Kim | G06O 20/027 / 705/44 |
| 2011/0307388 | A1* | 12/2011 | Kim | G06O 20/12 / 705/67 |
| 2012/0041879 | A1* | 2/2012 | Kim | G06O 20/40 / 705/44 |
| 2012/0110642 | A1* | 5/2012 | Grassel | G06Q 10/101 / 726/4 |
| 2012/0295580 | A1* | 11/2012 | Corner | H04W 12/12 / 455/405 |
| 2012/0300938 | A1* | 11/2012 | Kean | H04L 9/3234 / 380/279 |
| 2013/0007845 | A1* | 1/2013 | Chang | G06F 21/62 / 726/4 |
| 2013/0013553 | A1* | 1/2013 | Stibel | G06Q 10/107 / 707/602 |
| 2013/0239195 | A1* | 9/2013 | Turgeman | G06F 21/316 / 726/7 |
| 2013/0346302 | A1* | 12/2013 | Purves | G06Q 20/102 / 705/40 |
| 2014/0108263 | A1* | 4/2014 | Ortiz | G06Q 20/3278 / 705/71 |
| 2014/0129448 | A1* | 5/2014 | Aiglstorfer | G06Q 20/3223 / 705/44 |
| 2014/0143837 | A1* | 5/2014 | Fletcher | H04L 63/105 / 726/4 |
| 2014/0373126 | A1* | 12/2014 | Hussain | H04L 63/08 / 726/9 |
| 2016/0358210 | A1* | 12/2016 | O'Toole | H04L 67/02 |

* cited by examiner

U.S. Patent
Aug. 21, 2018
Sheet 1 of 9
US 10,055,727 B2



FIG. 1



**FIG. 2**

MEMORY 202

AUTHORIZATION ENGINE
301

TOKEN CONFIGURATION ENGINE
302

TOKEN OPERATION ENGINE
303

FIG. 3



**FIG. 4**



500

FIG. 5



**FIG. 6**



FIG. 7



FIG. 8



FIG. 9

US 10,055,727 B2

**1**

## CLOUD-BASED SYSTEMS AND METHODS FOR PROVIDING CONSUMER FINANCIAL DATA

### CROSS REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of priority of U.S. Provisional Application No. 61/722,626, filed Nov. 5, 2012, and U.S. Provisional Application No. 61/722,939, filed Nov. 6, 2012, the disclosures of which are expressly incorporated herein by reference in their entirety.

The present application also relates to U.S. patent application Ser. No. 14/072,133, entitled "Systems and Methods for Providing Financial Service Extensions," filed Nov. 5, 2013, which is expressly incorporated herein by reference in its entirety.

### BACKGROUND

I. Technical Field

The present disclosure generally relates to financial services and transactions enabled on a mobile phone or device. In particular, the present disclosure relates to systems and methods for facilitating mobile banking and commerce, and for authenticating and sharing data with external, third party services and applications over a network.

II. Background Information

Consumers use mobile devices (such as tablets and smart-phones) for a variety of purposes. More recently, consumers have begun to increase their use of mobile devices to access their banking and financial information. On a variety of handheld mobile devices, consumers can download "banking apps." Consumers can download these "apps" (short for "applications") from various mobile software distribution platforms, such as from the Apple® iTunes® App Store™ or the Google® Play® Marketplace store. Alternatively, consumers can use web applications delivered over HTTPS, which use either server-side or client-side processing to provide a banking experience within a browser on mobile devices. Typical banking application features include, for example, the ability to view recent transactions and account balances; receive account related alerts; automatically pay bills; transfer funds between accounts; and search for branch and ATM locations.

While these banking applications are becoming more popular with consumers, the market demand is for more extensive and useful banking and financial services, and other customer offerings. A wide array of financial applications can provide value to the mobile device user, regardless of whether the user is a business or a consumer.

However, in the universe of mobile financial services, one of the greatest challenges to achieve is encouraging users to sign up for a new service or application. For example, the sign up process often requires users to download a mobile application, create new credentials, and transfer funds from a financial service account into an account associated with the new service.

What is needed therefore in the field is a straightforward system and method for third party applications or services to be able to automatically access a consumer's banking information, especially when a third party application is provisioned and provided access to a consumer from a common mobile banking platform. At the same time, it would be equally beneficial for a system managing the user's financial

**2**

information to authenticate a third party application or service prior to the sharing of a user's financial information.

### SUMMARY

Consistent with a disclosed embodiment, a system is provided for providing cloud-based access to consumer financial data. The system may receive a notification from a server, the notification comprising a request to access consumer data associated with a financial service account. Also, the system may determine that a financial service account provider has authorized access by the server to the consumer data. The system may further determine that one or more consumers associated with the financial service account provider authorize access by the server to the consumer data. The system may configure a software object identifying the server and at least a portion of the consumer data that the server is authorized to access. Additionally, the system may receive a notification from the server, the notification comprising a request to access authorized consumer data. The system may verify the configured software object, and provide to the server access to the authorized consumer data.

Consistent with a disclosed embodiment, a computer-implemented method is provided for providing cloud-based access to consumer financial data. The method comprises receiving a notification from a server, the notification comprising a request to access consumer data associated with a financial service account. Also, the method includes determining that a financial service account provider authorizes access by the server to the consumer data. The method further comprises determining that one or more consumers associated with the financial service account provider authorize access by the server to the consumer data. Further, the method includes configuring a software object identifying the server and at least a portion of the consumer data that the server is authorized to access. Additionally, the method comprises receiving a notification from the server, the notification comprising a request to access authorized consumer data. The method comprises verifying the configured software object, and providing to the server access to the authorized consumer data.

Consistent with other disclosed embodiments, non-transitory computer-readable storage media may store program instructions, which are executed by a processor and perform any of the methods described herein.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory only and are not restrictive of the claims.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are incorporated in and constitute a part of this disclosure, illustrate various disclosed embodiments. In the drawings:

FIG. **1** is an example of a system for providing cloud-based access to consumer financial data, consistent with disclosed embodiments;

FIG. **2** is an example of a cloud-based data platform, consistent with disclosed embodiments;

FIG. **3** is an example of a memory contained within a cloud-based data platform, consistent with disclosed embodiments;

FIG. **4** is an example of a mobile device, consistent with disclosed embodiments;

3

FIG. **5** is an example of a process for providing cloud-based access to consumer financial data, consistent with disclosed embodiments;

FIG. **6** is an example of a third party authorization process, consistent with disclosed embodiments;

FIG. **7** is an example of a token configuration process, consistent with disclosed embodiments;

FIG. **8** is an example of a token operation process, consistent with disclosed embodiments; and

FIG. **9** is an example of a third party application operation process, consistent with disclosed embodiments.

DETAILED DESCRIPTION

The following detailed description refers to the accompanying drawings. Wherever possible, the same reference numbers are used in the drawings and the following description to refer to the same or similar parts. While several illustrative embodiments are described herein, modifications, adaptations and other implementations are possible. For example, substitutions, additions or modifications may be made to the components illustrated in the drawings, and the illustrative methods described herein may be modified by substituting, reordering, removing, or adding steps to the disclosed methods. Accordingly, the following detailed description is not limiting of the disclosed embodiments. Instead, the proper scope is defined by the appended claims.

Disclosed embodiments provide systems and methods for providing cloud-based access to consumer financial data, for example, to third party service providers seeking to provide mobile services through mobile applications. The mobile applications may provide access to consumer financial data or functions related to financial services. A cloud-based platform, after receiving a data access request from a third party service provider, may determine that the third party service provider is authorized and provisioned by both the consumer and an associated financial service account provider. For example, the cloud-based platform may configure a software object (e.g., a token) providing limited access to the specific consumer financial data and functions that the third party service provider is authorized to access. After the cloud-based platform receives and verifies the software object provided by the third party service provider, the cloud-based platform may authorize the third party service provider to access the specified consumer financial data via the cloud.

FIG. **1** is an example of a system **100** for providing financial services over a secure network infrastructure, consistent with a disclosed embodiment. System **100** may be configured to perform one or more software processes that, when executed, provide one or more aspects of the disclosed embodiments. The components and arrangement shown in FIG. **1** is not intended to be limiting to the disclosed embodiment as the components used to implement the processes and features disclosed here may vary.

In accordance with a disclosed embodiment, system **100** includes a cloud platform **101**, a banking system **102**, a third party service provider **103**, and a mobile device **106** configured to communicate over a network, which may include network **104** and wireless carrier network **105**. For example, mobile device **106** may communicate over wireless carrier network **105**, and may also communicate over network **104** (e.g., via a Wi-Fi connection). Other components known to one of ordinary skill in the art may be included in system **100** to process, transmit, provide, and receive information consistent with the disclosed embodiments. For example, in addition to or in place of mobile device **106**, one or more

4

other client devices (e.g., desktop computer, laptop computer, etc.) may be included to communicate with the components of system **100**.

Cloud platform **101** may be a computer-based system including computer system components, such as one or more servers, desktop computers, workstations, tablets, hand held computing devices, memory devices, and/or internal network(s) connecting the components. In one embodiment, cloud platform **101** may be a server that includes one or more processor(s), memory devices, and interface components configured to provide a cloud-based service. As used in this disclosure, services, processes, or applications that are "cloud-based" refer to scalable, distributed execution of one or more software processes over a network using real or virtual server hardware. Cloud platform **101** may be a single server or a distributed computer system including multiple servers or computers that interoperate to perform one or more of the processes and functionalities associated with the disclosed embodiments.

In some embodiments, cloud platform **101** may be a server that is associated with a financial institution. The financial institution may be, for example, a bank, lender, merchant, credit card provider, or any other entity that provides financial accounts to customers. The financial institution may manage cloud platform **101** such that cloud platform **101** may be used to perform financial services. In some embodiments, the financial institution may be the same institution that is associated with banking system **102**. In other embodiments, the financial institution may be a different institution than that associated with banking system **102**. In alternative embodiments, cloud platform **101** may be hosted and managed by an entity other than a financial institution, such as a network service provider. Internet service provider, telecommunications firm, etc. These entities may execute business agreements with financial institutions enabling them to manage financial data via cloud platform **101**.

Banking system **102** may be a computer-based system associated with a financial institution, such as a bank, credit union, credit card issuer, or other type of financial service entity that generates, provides, manages, and/or maintains financial service accounts. Financial service accounts may include, for example, credit card accounts, checking accounts, savings accounts, loan accounts, reward accounts, and any other types of financial service account. Financial service accounts may be associated with electronic accounts, such as a digital wallet or similar account that may be used to perform electronic transactions, such as purchasing goods and/or services online. Financial service accounts may also be associated with physical financial service account cards, such as a credit or check card that a user may carry on their person and use to perform financial service transactions, such as purchasing goods and/or services at a point of sale (POS) terminal. Banking system **102** may include infrastructure and components that are configured to generate and provide financial service accounts and financial service account cards (e.g., credit cards, check cards, etc.). Banking system **102** may also include infrastructures and components that are configured to store financial data associated with the financial service accounts.

In embodiments in which cloud platform **101** is also associated with a financial institution, banking system **102** may be associated with the same or a different financial institution. In certain embodiments in which cloud platform **101** and banking system **102** are associated with the same financial institution, cloud platform **101** may be an integrated component of banking system **102**. For example,

US 10,055,727 B2

5                                                                6

banking system **102** may be an overall computing system associated with a financial institution, with cloud platform **101** being a component thereof.

Third party service provider **103** may be a computer-based system associated with a third party. For example, third party service provider **103** may be associated with a merchant configured to provide one or more services to consumers. Third party service provider **103** may include one or more computing systems that are configured to perform computer-implemented processes, such as a server, desktop, laptop, mobile device, etc.

Banking system **102** and third party service provider **103** may be configured to communicate with cloud platform **101** via network **104**. Network **104** may be any type of network that provides communications, exchanges information, and/ or facilitates the exchange of information between cloud platform **101** and other components of system **100**, such as banking system **102**, third party service provider **103**, and/or mobile device **106**. In one embodiment, network **104** may be the Internet, or any other suitable connection(s) that enables system **100** to send and receive information between the components of system **100**. In other embodiments, one or more components of system **100** may communicate directly through a dedicated communication link(s) (not shown), such as a link between cloud platform **101** and banking system **102**.

In some embodiments, cloud platform **101** may communicate with banking system **102** and/or third party service provider **103** through one or more application programming interfaces (APIs). The one or more APIs may be configured to allow for the transmission and receipt of data between components, according to one or more processes associated with the provision of a particular service. For example, a peer-to-peer (P2P) transfer API between cloud platform **101** and third party service provider **103** may allow for sharing and processing of particular data associated with completion of a P2P transfer, such as a transfer of money from one consumer's account to another consumer's account.

Mobile device **106** may be a client device in the form of one or more mobile, computer-based systems. For example, mobile device **106** may be a tablet or smartphone. In alternative embodiments, another client device, such as a desktop computer, laptop computer, tablet computer, server, point of sale device, kiosk, ATM, or the like, may be included in system **100** in place of or in addition to mobile device **106** and perform some or all of the functions of mobile device **106**. In an exemplary embodiment, mobile device **106** may be associated with a consumer that maintains one or more financial accounts with a financial institution associated with cloud platform **101**, banking system **102**, and/or third party service provider **103**.

In an exemplary embodiment, mobile device **106** may be a device that receives, stores, and/or executes mobile applications. Mobile device **106** may be configured with storage that stores one or more operating systems that perform known operating system functions when executed by one or more processors, such as one or more software processes configured to be executed to run a mobile application.

Mobile device **106** may also include communication software that, when executed by a processor, provides communications with network **104** and wireless carrier network **105**, such as Web browser software, tablet or smart hand held device networking software, etc. In some embodiments, mobile device **106** may be configured to communicate with banking system **102** and/or third party service provider **103** via network **104** and/or wireless carrier network **105**. In these embodiments, banking system **102** and/or

third party service provider **103** may be authorized to execute one or more software processes on mobile device **106** via network **104** and/or wireless carrier network **105**, such as a mobile application or a web applet. Wireless carrier network **105** may be a data service network configured to provide communications, exchange information, and/or facilitate the exchange of information between components of system **100**. It should be understood, however, that wireless carrier network **105** may be any network configured to perform these functions. In certain embodiments, wireless carrier network **105** and network **104** may be the same or otherwise related networks.

In an exemplary embodiment, system **100** may use infrastructures and components, such as banking system **102** and third party service provider **103** and integrate them into cloud platform **101**, which becomes a point of entry, and facilitates the integration of banking and third party services such that they are made available to mobile device **106** through communication with cloud platform **101**. In other embodiments, cloud platform **101** may provide information and access enabling banking system **102** and third party service provider **103** to provide the services directly to mobile device **106** via network **104**.

FIG. **2** further depicts cloud platform **101**. Cloud platform **101** may include a cloud server **201**. Cloud server **201** may include one or more memories **202**, one or more databases **203**, one or more processors **204**, and one or more interfaces **205**. Cloud server **201** may take the form of a general purpose computer, a mainframe computer, a mobile computing device, or any combination of these components. According to some embodiments, cloud server **201** may include a web server or similar computing device that generates, maintains, and provides one or more web sites or similar services, consistent with disclosed embodiments. Cloud server **201** may be standalone, or it may be part of a subsystem, which may be part of a larger system. For example, cloud server **201** may represent distributed servers that are remotely located and communicate over a network (e.g., network **140**) or a dedicated network, such as a LAN. In some embodiments, one or more of banking system **102**, third party service provider **103**, and mobile device **106** may include the components and/or configuration of cloud platform **101** and/or cloud server **201**. It should be understood that the illustrated system architecture described herein associated with cloud platform **101** is presented as a non-limiting example only, and that any other system configuration operable to perform the disclosed embodiments is possible.

Memory **202** may include one or more storage devices configured to store instructions used by processor **204** to perform functions related to disclosed embodiments. For example, memory **202** may be configured with one or more software instructions that may perform one or more operations when executed by processor **204**. The disclosed embodiments are not limited to separate programs or computers configured to perform dedicated tasks. For example, memory **202** may include a single program that performs the functions of server **201** or a program could comprise multiple programs. Additionally, processor **204** may execute one or more programs located remotely from cloud server **201**. For example, banking system **102**, third party service provider **103**, and/or mobile device **106** may, via cloud server **201**, access one or more remote programs that, when executed, perform functions related to certain disclosed embodiments. Memory **202** may also store data that may

US 10,055,727 B2

7                                          8

reflect any type of information in any format that the system may use to perform operations consistent with the disclosed embodiments.

Cloud server **201** may be communicatively connected to database(s) **203** (e.g., via network **104**) or database **203** may be an integrated component of cloud platform **101** and/or cloud server **201**. Database **203** may include one or more memory devices that store information and are accessed and/or managed through cloud server **201**. By way of example, database(s) **203** may include Oracle™ databases, Sybase™ databases, or other relational databases or non-relational databases, such as Hadoop sequence files, HBase, or Cassandra. The databases or other files may include, for example, data and information related to the source and destination of a network request, the data contained in the request, etc. Database **203** may include computing components (e.g., database management system, database server, etc.) configured to receive and process requests for data stored in memory devices of database(s) **203** and to provide data from database(s) **203**.

Processor(s) **204** may include one or more known processing devices, such as a microprocessor from the Pentium™ or Xeon™ family manufactured by Intel™, the Turion™ family manufactured by AMD™, or any of various processors manufactured by Sun Microsystems. The disclosed embodiments are not limited to any type of processor(s) configured in cloud server **201**.

Interfaces **205** may be one or more devices configured to allow data to be received and/or transmitted by cloud server **201**. Interfaces **205** may include one or more digital and/or analog communication devices that allow cloud server **201** to communicate with other machines and devices, such as other components of system **100**.

FIG. **3** is a block diagram of memory **202**. In addition to the structures and functions described previously in connection with FIG. **2**, memory **202** may contain one or more dedicated software modules configured to perform the disclosed embodiments. In one embodiment, these modules may include an authorization engine **301**, a token configuration engine **302**, and a token operation engine **303**.

Authorization engine **301** may be configured to perform processes associated with the provisioning and authorization of third party service providers (such as third party service provider **103**), applications, and services. An exemplary third party authorization process **520** is described below in association with FIGS. **5** and **6**.

Token configuration engine **302** may be configured to perform processes associated with generating, programming, and deploying secure software objects, or "tokens." to third party service providers (such as third party service provider **103**) for purposes of identification, verification, and access to authorized consumer financial data. An exemplary token configuration process **530** is described below in association with FIGS. **5** and **7**.

Token operation engine **303** may be configured to perform processes associated with recognizing and verifying third party tokens, such as those configured by token configuration engine **302**. Token operation engine **303** may be further configured to determine consumer financial data authorized for access by a third party bearing the token. An exemplary token operation process **540** is described below in association with FIGS. **5** and **8**.

FIG. **4** is a block diagram of mobile device **106**. Mobile device **106** may comprise a memory **401** and one or more processor(s) **405**. Memory **401** may include instructions to enable processor(s) **405** to execute one or more applications, such as server applications, network communication processes, and any other type of application or software known to be available on computer systems.

In one embodiment, memory **401** includes instructions that, when executed by processor(s) **405**, perform one or more processes consistent with the functionalities disclosed herein. Methods, systems, and articles of manufacture consistent with disclosed embodiments are not limited to separate programs or computers configured to perform dedicated tasks. Moreover, processor(s) **405** may execute one or more programs from remote resources. For example, components of financial services system **100** may access one or more remote programs, that, when executed, perform functions related to disclosed embodiments.

Memory **401** may include a mobile application **402**, a client operating system **403**, and an authorization engine **404**. Mobile application **402** may be any software object configured to perform a service or process when executed by processor **405**. Mobile application **402** may be associated with one or more entities, such as cloud platform **101**, banking system **102**, third party service provider **103**, combinations of these entities, or other entities. In some embodiments, mobile application **402** may be a financial application that allows a user of mobile device **106** to access and control various financial service accounts, such as those associated with banking system **102**. In other embodiments, mobile application **402** may be another type of application providing access to financial data including, but not limited to, an auction application, a trading application, a game, an application for viewing various media (e.g., television shows, movies, music videos, etc.), or a "wallet" application for making in-person purchases at a point of sale. This list is not intended to be limiting, and one skilled in the art may conceive of any number of software applications hosted on a mobile device that could incorporate access to consumer financial data.

Client operating system **403** may be a software object or associated series of software objects that provide a graphical user interface to interact with other software contained in memory **401**, such as one or more mobile applications **402**. Examples of client operating systems **403** include, for example, Apple® iOS®, Google® Android®, Microsoft® Windows Mobile®, etc. Client operating system **403** may be pre-loaded onto mobile device **106** by the device manufacturer or may be installed by the user.

Authorization engine **404** may be configured to perform processes associated with the provisioning and authorization of third party service providers (such as third party service provider **103**), applications, and services. Authorization engine **404** may be configured to interact and communicate with authorization engine **301** of cloud platform **101** via wireless carrier network **105**. Authorization engine **404** may assist in execution of various processes to authorize and provision third party service providers, such as third party service provider **103**, which may then provide services via one or more mobile applications, such as mobile application **402**. An exemplary third party authorization process **520** is described below in association with FIGS. **5** and **6**. It should be understood that the illustrated structure of mobile device **106** described herein is presented as a non-limiting example only, and that any other configuration operable to perform the disclosed embodiments is possible. As discussed above, in some embodiments, another client device such as a desktop computer, laptop computer, tablet computer, server, point of sale device, kiosk, ATM, or the like, may be included in system **100** in place of or in addition to mobile device **106** and perform some or all of the functions of mobile device **106**.

US 10,055,727 B2

9

FIG. **5** illustrates a consumer financial data access process **500** consistent with certain disclosed embodiments. Process **500**, as well as any or all of the individual steps therein, may be performed by any one or more of cloud platform **101**, banking system **102**, third party service provider **103**, or mobile device **106**. For exemplary purposes, process **500** is described as being performed by cloud platform **101**.

In a preferred embodiment, authentication information passed from a third party, such as third party service provider **103**, to cloud platform **101** includes information as to whether or not the third party service has been previously authorized by a consumer to access that consumer's financial information. Once it has been established that the third party service is authorized to access the consumer's financial information, the consumer's financial data, including banking or credit card account information, may be used to initiate and complete a third party transaction initiated from the third party service.

Cloud platform **101** may receive a request for authorization to access consumer financial data via authorization engine **301** from a third party, such as third party service provider **103** (Step **510**). The request may be received via network **104**, or by other methods, such as by telephone or by postal mail. In some embodiments, the request may contain various information, including but not limited to information identifying the third party, information identifying or exemplifying an application or service that the third party seeks to provide, or information identifying the amount or types of consumer financial data that the third party seeks to access for purposes of providing the application or service.

In some embodiments, cloud platform **101** may deny or otherwise decline to act on the third party request. In these embodiments, third party service provider **103** may have the option to transmit the request to a different cloud platform or similar service provider, or may alternatively alter their request and resubmit it to cloud platform **101**. In some embodiments, cloud platform **101** may agree to assist third party service provider **103**, and the two parties may enter into a business relationship. In these embodiments, cloud platform **101** may make the business relationship itself or terms and conditions of the relationship contingent upon third party service provider **103** meeting one or more predetermined criteria. For example, in some embodiments, cloud platform **101** may conduct an investigation or other background check into third party service provider **103** and/or individuals associated with it. In other embodiments, cloud platform **101** may insist upon undertaking technical configuration of computing systems associated with third party service provider **103** to ensure compatibility with other components of system **100** and to establish a trusted relationship with third party service provider **103**.

As part of the trusted business relationship between cloud platform **101** and third party service provider **103**, cloud platform **101** may perform a third party authorization process, such as is disclosed below in connection with FIG. **6** (Step **520**). In brief, according to some embodiments, cloud platform **101** (via authorization engine **301**) may determine if a financial service account provider, such as banking system **102**, authorizes access to consumer financial data by the trusted third party, such as third party service provider **103**. If the financial service account provider authorizes access, cloud platform **101** may identify consumers relevant to the third party request, and may determine if those consumers individually authorize access by the third party to their consumer financial data. If the consumers also authorize access, cloud platform **101** may configure an access

10

token for the third party. If either the financial service account provider or the individual consumer declines authorization of the third party, cloud platform **101** denies the third party access to the consumer financial data.

Cloud platform **101** may next perform a token configuration process, such as is disclosed below in connection with FIG. **7** (Step **530**). In brief, according to some embodiments, cloud platform **101** (via token configuration engine **302**) may configure a digital certificate for secure access to consumer financial data by the authorized third party. In some embodiments, the digital certificate may be configured using Secure Sockets Layer (SSL) technology. Cloud platform **101** may determine financial data and functions associated with the authorizing banking system **102**, then determine a subset of the data and functions associated with the authorizing consumers. Within the consumer data and function set, token configuration engine **302** may determine the particular subset of data and functions that the consumer has authorized the third party to access. Engine **302** may then configure a token providing the third party access to the authorized consumer financial data.

Cloud platform **101** may perform a token operation process, such as is disclosed below in connection with FIG. **8** (Step **540**). In brief, according to some embodiments, cloud platform **101** (via token operation engine **303**) may receive a request for access to consumer financial data by a third party, such as third party service provider **103**. Token operation engine **303** may confirm that the third party is an authorized party, then request, receive, and verify the third party's previously configured digital certificate. Engine **303** may read or execute software instructions stored within the third party token to determine what, if any, consumer financial data that the third party may access for any given consumer, and then provide the third party with the authorized consumer data.

FIG. **6** illustrates a third party authorization process (corresponding to Step **520** of process **500** disclosed above) consistent with certain disclosed embodiments. Process **520**, as well as any or all of the individual steps therein, may be performed by any one or more of cloud platform **101**, banking system **102**, third party service provider **103**, or mobile device **106**. For exemplary purposes, FIG. **6** is described as being performed by cloud platform **101**.

As will be understood by those skilled in the art, there may be multiple ways of establishing a trusted relationship with a third party service, such as exchange of tokens or passing certain authentication information from third party service provider **103** and cloud platform **101**. By creating a trusted relationship, third party service provider **103** may be able to access one or more restricted functional modules, data, libraries or other services within cloud platform **101** not accessible by a untrusted third party. For example, third party service provider **103** may access certain secure and private consumer data and information.

In one embodiment, cloud platform **101**, via authorization engine **301**, may determine if a financial service account provider, such as a provider associated with banking system **102**, authorizes and authenticates a third party, such as third party service provider **103** (Step **610**). Authorization engine **301** may make the determination by transmitting the third party request to banking system **102** via network **104**, or by other means. In some embodiments, authorization engine **301** may provide banking system **102** with information about the third party service provider **103** that is seeking authorization, such as identifying information, information about proposed third party services and/or applications, information about types of consumer financial data

US 10,055,727 B2

11                                                    12

requested, etc. This list is not intended to be limiting and authorization engine **301** may provide more or less information for any particular third party.

If the financial service account provider does not authorize and authenticate the third party (Step **610**: NO), then authorization engine **301** declines the third party authorization request (Step **620**). Conversely, if banking system **102** does indicate that the third party is authorized and authenticated (Step **610**: YES), then authorization engine **301** proceeds and determines particular consumers associated with the financial service account provider (Step **630**). In some embodiments, the consumers may be existing customers of the financial service account provider, and the financial service account provider may have previously configured a financial service account for the consumers. In other embodiments, banking system **102** may have acquired the consumers' financial data via other means.

Cloud platform **101** via authorization engine **301**, may determine if the individual consumers authorize and authenticate the third party (Step **640**). Authorization engine **301** may make the determination by transmitting the third party request to mobile device **106** via wireless carrier network **105**, or by other means. In some embodiments, authorization engine **301** may provide the consumer(s) with information about the third party service provider **103** that is seeking authorization, such as identifying information, information about proposed third party services and/or applications, information about types of consumer financial data requested, etc. This list is not intended to be limiting and authorization engine **301** may provide any appropriate information for any particular third party.

If the consumer does not authorize and authenticate the third party (Step **640**: NO), then authorization engine **301** declines the third party authorization request (Step **650**). Conversely, if the consumer does indicate that the third party is authorized and authenticated (Step **640**: YES), for example, through mobile application **402** or by an electronic mail message, then authorization engine **301** proceeds to begin configuration of an access token allowing the third party access to financial data (Step **660**).

In some embodiments, authorization engine **301** may be configured to permit one or more of the financial service account provider associated with banking system **102** and/or the consumer to revoke any authorization or "provisioning" granted to the third party as part of process **520** at any time after the authorization. In these embodiments, authorization engine **301** and other components of cloud platform **101** and cloud server **201** as illustrated in FIG. **2** may be capable of instantaneously disabling any and all access by the third party to financial data associated with an individual consumer or to any data associated with banking system **102** as a whole.

FIG. **7** illustrates a token configuration process (corresponding to Step **530** of process **500** disclosed above) consistent with certain disclosed embodiments. Process **530**, as well as any or all of the individual steps therein, may be performed by any one or more of cloud platform **101**, banking system **102**, third party service provider **103**, or mobile device **106**. For exemplary purposes, FIG. **7** is described as being performed by cloud platform **101**.

Cloud platform **101**, via token configuration engine **302**, may configure a digital certificate for the authorized third party (Step **710**). The purpose of the certificate is to identify the third party and provide enhanced security for consumer data. In some embodiments, the digital certificate may be initially configured at the onset of a trusted business relationship between cloud platform **101** and third party service

provider **103**. The certificate and the identification information comprising it may be updated at any time after its initial configuration. As part of a "handshake" over network **104** between cloud platform **101** and third party service provider **103**, cloud platform **101** may require that the third party provide a secure certificate to verify their identity and their "trusted" status. In some embodiments, cloud platform **101** may be capable of revoking the digital certificate of any third party service provider **103**, denying them access to any consumer financial data, financial institution data, or other information and services hosted by cloud platform **101**. Although in preferred embodiments the verification is achieved via a certificate configured using SSL technology, it is understood that token configuration engine **302** may employ any like technology providing secure verification of identity.

Token configuration engine **302** may determine one or more banking functions and data associated with a particular financial service account provider, such as that associated with banking system **102** (Step **720**). Examples of banking functions and data that may be associated with a financial services account may include, but are not limited to, the credit score of the consumer, or demographic information associated with the consumer, recent transactions and account balances, configuring account-related alerts, configuring automatic bill payment, transferring funds between accounts, transferring funds to external systems, and locating associated service provider locations. It is understood the foregoing data and functions are exemplary, and that any particular banking system **102** may be capable of providing more or fewer functions and data. Token configuration engine **302** may parse the information using processor **204**, and may store the information in memory **202** or database **203**.

Within the identified banking functions and data, token configuration engine **302** may determine a subset of the data and functions associated with the consumers that the third party desires to target with services or offers (Step **730**). For example, token configuration engine **302** may be configured to access and scan financial service accounts and/or data associated with the consumers, and determine which functions and data are present in each individual consumer's account within banking system **102**. Token configuration engine **302** may parse the accounts using processor **204**, and may store the information relating to the associated functions and/or data in memory **202** or database **203**.

Next, token configuration engine **302** may determine a further subset of consumer data and/or functions that the third party, such as third party service provider **103**, is authorized to access (Step **740**). Token configuration engine **302** may be configured to communicate directly with authorization engine **301** to determine the authorized data and/or functions authorized by both the financial service account provider and the individual consumer (for example, during authorization process **520**). Alternatively, token configuration engine **302** may determine the authorized data and/or functions from information stored in memory **202** and/or database **203**.

Token configuration engine **302** may configure a software object, such as an application programming interface, relating to the financial information authorized for access in the processes described previously (Step **750**). The software object (e.g., a "token") may be configured to inform components of system **100**, such as cloud platform **101**, what data and/or functions that banking system **102** and individual consumers have authorized third party service provider **103** to access.

US 10,055,727 B2

13

In some embodiments, the token may contain various categories or arrangements of the possible consumer financial data or functions that the third party could potentially access, along with an indication of whether or not third party service provider **103** is actually authorized to access the data. For example, a consumer's financial service account hosted on banking system **102** may be configured to transfer funds between accounts, transfer funds to external systems, show account balances, and set up recurring payments. In one embodiment, a particular third party service provider **103** may be authorized to access certain information (e.g., only the account balances), and token configuration engine **302** may configure the token for that particular third party service provider **103** to reflect that authorization status. In some embodiments, a particular third party may be "preferred" by one or more of the consumer or the financial service provider, and may thus be authorized to access more data. For example, in the scenario discussed above, one service provider might only be able to access the account balances of a consumer, while a "preferred" third party service provider might be able to access the funds transfer and recurring payment functions as well as the account balances. In these embodiments, the various tokens for each service provider are configured by token configuration engine **302** to reflect their individual levels of authorization. Upon configuration, token configuration engine **302** may store one or more copies of the configured token in memory **202** and/or database **203**, and may provide a copy of the token to the third party service provider **103** via network **104**.

The information contained within the token is invariably sensitive, private information and, before the token leaves the secured environment of cloud platform **101**, certain steps may help to ensure that unauthorized parties are not able to access, view, and use the information. In some embodiments, token configuration engine **302** may configure additional encryption for the token. In other embodiments, token configuration engine **302** may implement a password protection scheme for the token. In these embodiments, the password protection scheme may further comprise configuring and implementing additional security questions to further limit access. In some embodiments, cloud platform **101** may generate terms of service or other similar security and usage agreements, and require acknowledgement of the terms of service by third party service provider **103**. The token may be configured with one or more layers of required authorization (for example, using the OAuth 2 standard), and may require verification by one or both of cloud platform **101** or third party service provider **103** to display or access authorization data contained within the token. Token configuration engine **302** may configure the token so the information contained within the token cannot be downloaded by any end user. In some embodiments, the configured token security credentials may include biometric or other physical characteristics provided by one or more of banking system **102** or third party service provider **103** to access the authorized data or functions. In other embodiments, the credentials may include physical devices required for access, such as a key, dongle, card, or other such device. Token configuration engine **302** may further configure the token to operate under Hypertext Transfer Protocol Secure (HTTPS) or other comparable security protections over network **104**.

FIG. **8** illustrates a token operation process (corresponding to Step **540** of process **500** disclosed above) consistent with certain disclosed embodiments. Process **540**, as well as any or all of the individual steps therein, may be performed

14

by any one or more of cloud platform **101**, banking system **102**, third party service provider **103**, or mobile device **106**. For exemplary purposes, FIG. **8** is described as being performed by cloud platform **101**.

Cloud platform **101**, via token operation engine **303**, may receive a request from third party service provider **103** to access consumer financial information, such as banking data and functions as described previously (Step **810**). The request may be received electronically via network **104**, or may be received by alternative means such as by telephone or by postal mail.

In some embodiments, token operation engine **303** may request (Step **820**) and receive (Step **830**) a previously-configured digital certificate for purposes of identification. In some embodiments, token configuration engine **302** may have configured the certificate for the third party as part of the authorization or token configuration processes described above, or may have done so at the onset of a business relationship between cloud platform **101** and third party service provider **103**.

Token operation engine **303** may verify that the identification certificate proffered by third party service provider **103** is valid (Step **840**). The verification of the certificate may be performed by any means known to those possessing ordinary skill in the art. As an example, processor **204** may read information contained in the certificate, compare it to identification information stored in memory **202** and/or database **203**, and upon confirmation that the proffered information matches the stored information for the certificate, provide a notification to the third party service provider computer system (not shown) that the certificate is valid.

Token operation engine **303** may determine consumer financial data and/or functions that the third party is authorized to access for a given consumer (Step **850**). As discussed previously, a "token" in the context of the disclosed embodiments is a configured software object containing information relating to access levels to various types of consumer data or functions for a given third party service provider. For example, token operation engine **303**, via processor **204**, may read a token proffered by third party service provider **103**, and determine from the stored information therein which consumer data or functions, if any, that the third party is authorized to access.

Token operation engine **303** may compare the authorized information stored within the token to the specific data and functions that the third party has requested to access. If the request exceeds the authorization levels stored in the token, token operation engine **303** may deny access to the unauthorized data or functions, and may provide an indication as such to third party service provider **103**. If the requested data and/or functions are authorized based on the token information, token operation engine **303** may provide access to the data and/or functions (Step **860**). In some embodiments, token operation engine **303** may permit only access to the data, not digital copies of the data itself, in order to provide security and prevent unauthorized dissemination of sensitive financial information. In these embodiments, access to the data is provided via remote, cloud-based, read-only access, and the consumer data is not transmitted to the third party service provider. Token operation engine **303** may provide access to the stored financial data or functions from within memory **202** and/or database **203** via a link over network **104**, or may provide access to that information directly from banking system **102** over network **104**. In some embodiments, any or all of cloud platform **101**, banking system **102**, or the individual consumer (via authorization engine **404** of mobile device **106**) may be configured to revoke authoriza-

US 10,055,727 B2

15

tion and access by third party service provider **103** to specific data or services at any time subsequent to an initial authorization. In these embodiments, as discussed above, token configuration engine **302** may revoke or otherwise cancel the initially configured token. If some level of more limited access by third party service provider **103** is still authorized, token configuration engine **302** may configure a new token based on the revised authorization and access circumstances.

FIG. **9** illustrates a third party application operation process **900** consistent with certain disclosed embodiments. Process **900**, as well as any or all of the individual steps therein, may be performed by any one or more of cloud platform **101**, banking system **102**, third party service provider **103**, or mobile device **106**. For exemplary purposes, FIG. **8** is described as being performed by third party service provider **103**.

In one embodiment, third party service provider **103** may receive a request from a consumer to provide a mobile service (Step **910**). The request may be received from mobile device **106**, and may comprise a request or invitation for third party service provider **103** to perform or provide a mobile service to the consumer using consumer financial data. In some embodiments, the request may be associated with a mobile application **402** that is associated with one or more of the consumer, a financial service account provider, such as that associated with banking system **102**, or third party service provider **103**. In alternative embodiments, the third party service provider may offer a mobile service or application to the consumer via mobile device **106** or other means over wireless carrier network **105**, and may receive an indication of offer acceptance from mobile device **106**.

Third party service provider **103** may request (Step **920**) and receive (Step **930**) authorization to seek access to consumer financial information. This authorization may be achieved in substantially the same manner as that described in authorization process **520** described above. Furthermore, third party service provider **103** may seek and secure authorization via cloud platform **101** from the consumer and from banking system **102**. In some embodiments, the consumer may authorize third party service provider **103** as part and parcel of their initial request for the mobile service.

Third party service provider **103** may determine consumer financial data or functions required to perform the requested mobile service (Step **940**). In some embodiments, third party service provider **103** may have previously configured application **402** to provide the requested mobile service, and application **402** may contain information relating to the required data or functions.

After determining the consumer financial data and/or functions necessary to perform the requested mobile service (s), third party service provider **103** may request (Step **950**) and receive (Step **960**) access to those data and/or functions via cloud platform **101**. In some embodiments, cloud platform **101** (via token configuration engine **302**) may respond to the third party request by performing a token configuration process substantially similar to token configuration process **530** described above.

After receiving the configured token from cloud platform **101**, third party service provider **103** may, instantaneously or at a later time, proffer the token to cloud platform **101** to access the required consumer financial data and/or functions (Step **970**). In some embodiments, cloud platform **101** (via token operation engine **303**) may respond to the third party proffering of the token by performing a token operation process substantially similar to token operation process **540** described above.

16

In some embodiments, the foregoing steps complete the process, and with access to the necessary consumer financial data and/or functions, third party service provider **103** may provide the requested mobile service to the consumer via one or more mobile applications **402** contained within memory **401** and executed by processor **405** of mobile device **106**. In alternative embodiments, however, third party service provider **103** may prompt a consumer to accept a service or an offer relating to consumer financial information spontaneously, without receiving a previous request from the consumer. As a non-limiting example, third party service provider **103** may be an entity engaged in the advertising industry. Third party service provider **103** may receive a request from one of its clients, such as a merchant providing goods and services to consumers. The merchant may desire to provide certain consumers with incentive offers, free items, gift cards, or the like to promote its business, and may employ third party service provider **103** to access the consumer data in order to provide those items.

In these embodiments, third party service provider **103** may perform additional operational steps. Third party service provider **103** may determine consumers who are eligible or otherwise targeted for a mobile service, such as the incentive offers, gift cards, etc., disclosed above (Step **980**). For example, if third party service provider **103** is tasked with providing an incentive offer to patrons of a restaurant, third party service provider **103** may desire to access transaction histories of consumers to determine individuals who have recently dined at the restaurant. The restaurant may then provide the consumers with offers as an incentive for a repeat visit. Alternatively, third party service provider **103** may use the transaction history information to determine individuals who have recently dined at other restaurants (e.g., competitors). The restaurant may be interested in providing these consumers with a particular incentive offer in order to increase their market share relative to the other competing restaurants. Therefore, third party service provider **103** may seek authorization to access consumer financial data as described above. Third party service provider **103** may then determine specific consumers to target for the mobile service based on to the accessed consumer financial data and/or functions. After accessing the data and determining the consumers that are eligible for the mobile offer/service, third party service provider **103** may provide the mobile service to the eligible consumers using the processes described previously (Step **990**).

The foregoing description has been presented for purposes of illustration. It is not exhaustive and is not limited to the precise forms or embodiments disclosed. Modifications and adaptations will be apparent to those skilled in the art from consideration of the specification and practice of the disclosed embodiments. For example, the described implementations include software, but systems and methods consistent with the disclosed embodiments be implemented as a combination of hardware and software or in hardware alone. Examples of hardware include computing or processing systems, including personal computers, servers, laptops, mainframes, micro-processors and the like. Additionally, although aspects of the disclosed embodiments are described as being stored in memory, one skilled in the art will appreciate that these aspects can also be stored on other types of computer readable media, such as secondary storage devices, for example, hard disks, floppy disks, or CD ROM, or other forms of RAM or ROM, USB media, DVD, or other optical drive media.

Computer programs based on the written description and disclosed methods are within the skill of an experienced

US 10,055,727 B2

17

developer. The various programs or program modules can be created using any of the techniques known to one skilled in the art or can be designed in connection with existing software. For example, program sections or program modules can be designed in or by means of .Net Framework, .Net Compact Framework (and related languages, such as Visual Basic, C, etc.), Java, C++, Objective-C, HTML, HTML/AJAX combinations, XML, or HTML with included Java applets. One or more of such software sections or modules can be integrated into a computer system or existing e-mail or browser software.

Moreover, while illustrative embodiments have been described herein, the scope of any and all embodiments having equivalent elements, modifications, omissions, combinations (e.g., of aspects across various embodiments), adaptations and/or alterations as would be appreciated by those skilled in the art based on the present disclosure. The limitations in the claims are to be interpreted broadly based on the language employed in the claims and not limited to examples described in the present specification or during the prosecution of the application. The examples are to be construed as non-exclusive. Furthermore, the steps of the disclosed routines may be modified in any manner, including by reordering steps and/or inserting or deleting steps. It is intended, therefore, that the specification and examples be considered as illustrative only, with a true scope and spirit being indicated by the following claims and their full scope of equivalents.

What is claimed is:

1. A system for configuring a mobile application executable on a mobile device by providing authenticated, cloud-based access to consumer data, comprising:

a memory storing instructions; and

a processor configured to execute the instructions to:

receive, based on a consumer request for the mobile application from an entity, an authorization request from a server associated with the entity requesting access to consumer data on a cloud platform, the consumer data being associated with a service account of the consumer that is accessible to the mobile application;

determine that a service account provider associated with the service account has granted authorization for the entity to access at least an authorized portion of the consumer data;

determine that the consumer associated with the service account has granted authorization for the entity to access at least the authorized portion of the consumer data;

generate and store a digital certificate identifying the entity and the authorized portion of the consumer data based on the determination that the service provider and the consumer has granted authorization for the entity to access at least the authorized portion of the consumer data;

receive, from the server, a request to access a requested portion of the consumer data;

based on the stored digital certificate, verify that the requested portion of the consumer data is within the authorized portion of the consumer data; and

provide, to the server, access to the requested portion of consumer data to configure the mobile application of the mobile device.

2. The system of claim 1, wherein the digital certificate comprises a Secure Sockets Layer (SSL) certificate.

3. The system of claim 1, wherein providing the requested portion of the consumer data comprises permitting the server

18

remote read-only access to the data, and a digital copy of the requested portion of the consumer data is not transmitted to the server.

4. The system of claim 3, wherein the requested portion of the consumer data is accessed by the server via a link to an external computing system associated with the service account provider.

5. The system of claim 1, wherein the consumer data comprises one or more of information associated with a consumer financial services account or a banking function associated with the account.

6. The system of claim 5, wherein the information associated with the consumer financial services account comprises one or more of financial services accounts associated with the consumer, account balances of a consumer financial services account, transactions processed with the consumer financial services account, the credit score of the consumer, or demographic information associated with the consumer.

7. The system of claim 5, wherein the banking function associated with the account comprises one or more of configuring account related alerts, configuring automatic bill payment, transferring funds among financial services accounts associated with the consumer, transferring funds to external accounts, and searching for nearby locations associated with the financial services account provider.

8. The system of claim 1, wherein the digital certificate further comprises information designating at least one of:

a portion of the consumer data that the server is authorized to access; and

a portion of the consumer data that the server is not authorized to access.

9. A non-transitory computer-readable medium storing instructions executable by a processor to cause a computer system to execute a method for configuring a mobile application executable on a mobile device by providing authenticated, cloud-based access to consumer information, comprising:

receiving, based on a consumer request for the mobile application from an entity, an authorization request from a server associated with the entity requesting access to consumer data on a cloud platform, the consumer data being associated with a service account of the consumer that is accessible to the mobile application;

determining that a service account provider associated with the service account has granted authorization for the entity to access at least an authorized portion of the consumer data and that the consumer associated with the service account has granted authorization for the entity to access at least the authorized portion of the consumer data;

generating and storing a digital certificate identifying the entity and the authorized portion of the consumer data based on the determination that the service provider and the consumer has granted authorization for the entity to access to at least the authorized portion of the consumer data;

receiving from the server a request to access a requested portion of the consumer data;

based on the stored digital certificate, verifying that the requested portion of the consumer data is within the authorized portion of the consumer data; and

providing, to the server, access to the requested portion of the consumer data.

10. The non-transitory computer-readable medium of claim 9, wherein the digital certificate comprises a Secure Sockets Layer (SSL) certificate.

US 10,055,727 B2

**19**

**11**. The non-transitory computer-readable medium of claim **9**, wherein providing the requested portion of the consumer data comprises permitting the server remote read-only access to the data, and a digital copy of the requested portion of the consumer data is not transmitted to the server.

**12**. The non-transitory computer-readable medium of claim **11**, wherein the requested portion of the consumer data is accessed by the server via a link to an external computing system associated with the service account provider.

**13**. The non-transitory computer-readable medium of claim **9**, wherein the consumer data comprises one or more of information associated with a consumer financial services account or a banking function associated with the account.

**14**. The non-transitory computer-readable medium of claim **13**, wherein information associated with the consumer financial services account comprises one or more of financial services accounts associated with the consumer, account balances of a consumer financial services account, transactions processed with the consumer financial services account, the credit score of the consumer, or demographic information associated with the consumer.

**15**. The non-transitory computer-readable medium of claim **13**, wherein the banking function associated with the account comprises one or more of configuring account related alerts, configuring automatic bill payment, transferring funds among financial services accounts associated with the consumer, transferring funds to external accounts, and searching for nearby locations associated with the financial services account provider.

**16**. The non-transitory computer-readable medium of claim **9**, wherein the digital certificate further comprises information designating at least one of:

a portion of the consumer data that the server is authorized to access; and

a portion of the consumer data that the server is not authorized to access.

**17**. A computer-implemented method for configuring a mobile application executable on a mobile device by providing authenticated, cloud-based access to consumer information, comprising:

receiving, based on a consumer request for the mobile application from an entity, an authorization request from a server associated with the entity requesting access to consumer data on a cloud platform, the

**20**

consumer data being associated with a service account of the consumer that is accessible to the mobile application;

determining that a service account provider associated with the service account has granted authorization for the entity to access to at least an authorized portion of the consumer data and that the consumer associated with the service account has granted authorization for the entity to access at least the authorized portion of the consumer data;

generating and storing a digital certificate identifying the entity and the authorized portion of the consumer data based on the determination that the service provider and the consumer has granted authorization for the entity to access at least the authorized portion of the consumer data;

receiving from the server a request to access a requested portion of the consumer data;

based on the stored digital certificate, verifying that the requested portion of the consumer data is within the authorized portion of the consumer data; and

providing, to the server, access to the requested portion of the consumer data to configure the mobile application of the mobile device.

**18**. The method of claim **17**, wherein the consumer data comprises one or more of information associated with a consumer financial services account or a banking function associated with the account.

**19**. The method of claim **18**, wherein the information associated with the consumer financial services account comprises one or more of financial services accounts associated with the consumer, account balances of a consumer financial services account, transactions processed with the consumer financial services account, the credit score of the consumer, or demographic information associated with the consumer.

**20**. The method of claim **18**, wherein the banking function associated with the account comprises one or more of configuring account related alerts, configuring automatic bill payment, transferring funds among financial services accounts associated with the consumer, transferring funds to external accounts, and searching for nearby locations associated with the financial services account provider.

* * * * *